**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:   (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for KENNETH Y. KAI and*
*TAE K. KAI, Trustees of the Kai Family 1998 Trust*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

In re:

MICHAEL HAROUTUN MIROYAN,

    Debtor.

Case No.: 22-50339-SLJ
Chapter 13

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO:    THE U.S. BANKRUPTCY COURT, AND ALL PARTIES AND ATTORNEYS THAT HAVE APPEARED IN BANKRUPTCY CASE NO. 22-50339-SLJ

    The Law Office of Wayne A. Silver, Wayne A. Silver, Esq., hereby appears and requests notice on behalf of KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust ("Trustees"), interested parties in the above-captioned Bankruptcy Case. All notices given or required to be given in this bankruptcy case may be served to the undersigned as follows:

> **LAW OFFICE OF WAYNE A. SILVER**
> Wayne A. Silver
> 643 Bair Island Road, Suite 403
> Redwood City, CA 94063
> Phone: (650) 282-5970
> Fax:   (650) 282-5980
> Email: ws@waynesilverlaw.com

    This Notice of Appearance and Request for Notice is not a consent to the jurisdiction of the Bankruptcy Court, nor shall any later appearance, pleading, proof of claim, or suit constitute a

waiver of the rights of Trustees: (i) to have the final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding related to this case or any case, controversy or proceeding related to this case; (iii) to have the District Court withdraw the reference in an matter subject to mandatory or discretionary withdrawal; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupment's to which Trustees may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupment's are expressly reserved.

Date: May 11, 2022

/s/ Wayne A. Silver
Wayne A. Silver, attorney for *KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust*

# CERTIFICATE OF SERVICE

I, Wayne A. Silver, the undersigned, hereby declare:

I am counsel for of KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust, creditors in the above-captioned Chapter 13 case, with offices at 643 Bair Island Road, Suite 403, Redwood City, California 94063. On May 11, 2022 I caused to be served true and correct copies of the foregoing NOTICE OF APPEARANCE on the parties listed below in the manner(s) indicated:

[X] By means of this Court's electronic transmission to the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth on the ECF/CMS Mailing List obtained from this Court, as follows:

| Name | Email Address |
| --- | --- |
| Michael Jay Berger | michael.berger@bankruptcypower.com, michael.berger@ecf.courtdrive.com |
| Theron S. Covey | tcovey@raslg.com |
| Devin Derham-Burk | ctdocs@ch13sj.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 11, 2022 at Henderson, Nevada.

/s/ Wayne A. Silver
Wayne A. Silver