# Notice Recipients

District/Off: 0971–5     User: admin            Date Created: 6/10/2022
Case: 22–50339           Form ID: pdfeoc        Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Michael Haroutun Miroyan       PO Box 3181        Saratoga, CA 95070–1181

TOTAL: 1