# Notice Recipients

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Devin Derham−Burk | ctdocs@ch13sj.com |
| aty | Theron S. Covey | tcovey@raslg.com |
| aty | Wayne A. Silver | w_silver@sbcglobal.net |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Michael Haroutun Miroyan    PO Box 3181    Saratoga, CA 95070−1181 | |
| reqntc | HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005−3    c/o Robertson, Anschutz,    Schneid & Crane LLP    350 10th Ave., Ste. 1000    San Diego, CA 92101 | |
| reqntc | Ally Financial, c/o AIS Portfolio Services, LP    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 | |
| intp | Tae K. Kai    c/o Law Office of Wayne A. Silver    643 Bair Island Road    Suite 403    Redwood City, CA 94063 | |
| intp | Kenneth Y. Kai    c/o Law Office of Wayne A. Silver    643 Bair Island Road    Suite 403    Redwood City, CA 94063 | |
| cr | LVNV Funding, LLC c/o Resurgent Capital Services    PO Box 10587    Greenville,, SC 29603−0587 | |
| 15389572 | Andrew Kennedy    Schlueter, Kwiat & Kennedy LLLP    75−167 Kalani St., Ste 201    Kailua Kona, HI 96740 | |
| 15399555 | Bank of America, N.A.    PO Box 673033    Dallas, TX 75267−3033 | |
| 15402196 | California Business Bureau Inc    1711 S. Mountain Ave    Monrovia, CA 91016 | |
| 15389573 | California Business Bureau, Inc.    Attn: Bankruptcy    Po Box 5010    Monrovia, CA 91017 | |
| 15389574 | Capital One    Attn: Bankruptcy    P.O. Box 30285    Salt Lake City, UT 84130 | |
| 15397302 | Citizens Bank N.A.    One Citizens Bank Way Mailstop: JCA115    Johnston, RI 02919 | |
| 15389575 | Cws/cw Nexus    Attn: Card Services    Po Box 9201    Old Bethpage, NY 11804 | |
| 15399394 | Cybrcollect    3 Easton Oval Ste 210    Columbus, OH 43219 | |
| 15399391 | Franchise Tax Board    Bankruptcy Section MS: A−340    PO Box 2952    Sacramento, CA 95812−2952 | |
| 15389576 | Gang Chen    12231 Via Roncole    Saratoga, CA 95070 | |
| 15389577 | HSBC    100 Mittel Dr., Bldg 1    Wood Dale, IL 60191 | |
| 15399392 | Hawaii County Tax    Hilo Office − Aupuni Center    101 Pauahi St., Ste 4    Hilo, HI 96720 | |
| 15399393 | IRS    P.O. Box 7346    Philadelphia, PA 19101 | |
| 15389578 | Kai Family Trust    c/o Michael Carroll, Esq.    700 Bishop Street, Suite 900    Honolulu, HI 96813 | |
| 15398230 | LVNV Funding, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587 | |
| 15389579 | Matthew C. Shannon, Esq.    Bays Lung Rose & Voss    Topa Financial Center    700 Bishop Street, Suite 900    Honolulu, HI 96813 | |
| 15389580 | Ocwen Loan Servicing    1661 Worthington Rd., Ste 100    West Palm Beach, FL 33409 | |
| 15398231 | Pinnacle Credit Services, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587 | |
| 15389581 | Real Property Tax Division    Aupuni Center    101 Pauahi Street, Ste 4    Hilo, HI 96720 | |
| 15399395 | Resurgent Capital Services    PO Box 10587    Greenville, SC 29603 | |
| 15399396 | The Best Service Company    6700 South Centinela Ave Fl. 3    Culver City, CA 90230 | |
| 15389582 | Verizon Wireless    Attn: Bankruptcy    500 Technology Dr, Ste 599    Weldon Springs, MO 63304 | |

TOTAL: 28