# Notice Recipients

District/Off: 0971–5　　　User: admin　　　Date Created: 6/13/2022
Case: 22–50339　　　Form ID: pdfnonrd　　　Total: 32

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Devin Derham–Burk | ctdocs@ch13sj.com |
| aty | Theron S. Covey | tcovey@raslg.com |
| aty | Wayne A. Silver | w_silver@sbcglobal.net |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Michael Haroutun Miroyan | PO Box 3181　　　Saratoga, CA 95070–1181 |
| reqntc | HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005–3 | c/o Robertson, Anschutz, Schneid & Crane LLP　　　350 10th Ave., Ste. 1000　　　San Diego, CA 92101 |
| reqntc | Ally Financial, c/o AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS　　　Oklahoma City, OK 73118 |
| intp | Tae K. Kai | c/o Law Office of Wayne A. Silver　　　643 Bair Island Road　　　Suite 403　　　Redwood City, CA 94063 |
| intp | Kenneth Y. Kai | c/o Law Office of Wayne A. Silver　　　643 Bair Island Road　　　Suite 403　　　Redwood City, CA 94063 |
| cr | LVNV Funding, LLC c/o Resurgent Capital Services | PO Box 10587　　　Greenville,, SC 29603–0587 |
| 15389572 | Andrew Kennedy | Schlueter, Kwiat & Kennedy LLLP　　　75–167 Kalani St., Ste 201　　　Kailua Kona, HI 96740 |
| 15399555 | Bank of America, N.A. | PO Box 673033　　　Dallas, TX 75267–3033 |
| 15402196 | California Business Bureau Inc | 1711 S. Mountain Ave　　　Monrovia, CA 91016 |
| 15389573 | California Business Bureau, Inc. | Attn: Bankruptcy　　　Po Box 5010　　　Monrovia, CA 91017 |
| 15389574 | Capital One | Attn: Bankruptcy　　　P.O. Box 30285　　　Salt Lake City, UT 84130 |
| 15397302 | Citizens Bank N.A. | One Citizens Bank Way Mailstop: JCA115　　　Johnston, RI 02919 |
| 15389575 | Cws/cw Nexus | Attn: Card Services　　　Po Box 9201　　　Old Bethpage, NY 11804 |
| 15399394 | Cybrcollect | 3 Easton Oval Ste 210　　　Columbus, OH 43219 |
| 15399391 | Franchise Tax Board | Bankruptcy Section MS: A–340　　　PO Box 2952　　　Sacramento, CA 95812–2952 |
| 15389576 | Gang Chen | 12231 Via Roncole　　　Saratoga, CA 95070 |
| 15389577 | HSBC | 100 Mittel Dr., Bldg 1　　　Wood Dale, IL 60191 |
| 15399392 | Hawaii County Tax | Hilo Office – Aupuni Center　　　101 Pauahi St., Ste 4　　　Hilo, HI 96720 |
| 15399393 | IRS | P.O. Box 7346　　　Philadelphia, PA 19101 |
| 15389578 | Kai Family Trust | c/o Michael Carroll, Esq.　　　700 Bishop Street, Suite 900　　　Honolulu, HI 96813 |
| 15398230 | LVNV Funding, LLC | Resurgent Capital Services　　　PO Box 10587　　　Greenville, SC 29603–0587 |
| 15389579 | Matthew C. Shannon, Esq. | Bays Lung Rose & Voss　　　Topa Financial Center　　　700 Bishop Street, Suite 900　　　Honolulu, HI 96813 |
| 15389580 | Ocwen Loan Servicing | 1661 Worthington Rd., Ste 100　　　West Palm Beach, FL 33409 |
| 15398231 | Pinnacle Credit Services, LLC | Resurgent Capital Services　　　PO Box 10587　　　Greenville, SC 29603–0587 |
| 15389581 | Real Property Tax Division | Aupuni Center　　　101 Pauahi Street, Ste 4　　　Hilo, HI 96720 |
| 15399395 | Resurgent Capital Services | PO Box 10587　　　Greenville, SC 29603 |
| 15399396 | The Best Service Company | 6700 South Centinela Ave Fl. 3　　　Culver City, CA 90230 |
| 15389582 | Verizon Wireless | Attn: Bankruptcy　　　500 Technology Dr, Ste 599　　　Weldon Springs, MO 63304 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 28