DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Devin L. Pace #256514
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>MICHAEL HAROUTUN MIROYAN<br><br><br><br><br><br><br>Debtor | Chapter 13<br><br>Case No. 22-50339 SLJ<br><br>**DECLARATION OF TRUSTEE IN SUPPORT OF MOTION TO DISMISS CASE FOR FAILURE TO MAKE FIRST PLAN PAYMENT**<br><br>Hearing Date: July 14, 2022<br>Time: 10:00 a.m.<br>Location: 280 S. 1st St.<br>San Jose, CA 95113<br>Room: Telephonic or Video Only<br><br>Judge: Hon. Stephen L. Johnson |

I, Devin Derham-Burk, Chapter 13 Standing Trustee ("Trustee"), declare:

1. I am an attorney at law, duly licensed to practice before this Court and the duly appointed Chapter 13 Standing Trustee ("Trustee") in this matter.

2. As the Trustee, I have either direct knowledge of the following facts or knowledge based upon the contemporaneous electronic and written records that I maintain in the prosecution of my duties as Standing Trustee. I am competent to attest thereto as the custodian of the Standing Trustee's records.

2. An integral part of my work duties includes the supervision of the Standing Trustee's employees, together with maintenance and control of the Standing Trustee's computer system. All information recorded into the computer system is recorded contemporaneously with all transactions. Additionally, the computer system maintains an accurate balance of funds received from debtors and disbursements made to creditors.

3. Debtor payments are generally posted on the computer system the same day as they are received. If not the same day, payments are posted within one business day of receipt.

4. As of the date of this declaration, I have not received any plan payments from the above-captioned Debtor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is correct to the best of my knowledge, information and belief.

Executed on this 15th Day of June, 2022 at Los Gatos, California.

/s/ Devin Derham-Burk
Chapter 13 Standing Trustee