DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Devin L. Pace #256514
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No. 22-50339 SLJ |
| MICHAEL HAROUTUN MIROYAN | **MOTION TO DISMISS CASE FOR FAILURE TO MAKE FIRST PLAN PAYMENT** |
| | Hearing Date: August 18, 2022<br>Hearing Time: 10:00 a.m.<br>Location:    280 S. 1st St.<br>           San Jose, CA 95113<br>           Telephonic or Video Only |
| Debtor | Judge: Hon. Stephen L. Johnson |

Devin Derham-Burk, Chapter 13 Standing Trustee ("Trustee"), moves this Court to dismiss this case for cause pursuant to 11 U.S.C. § 1307(c)(4) because the above-captioned Debtor has failed to make a first plan payment as 11 U.S.C. § 1326(a)(1) requires.  In support of this Motion, the Trustee submits her own declaration attesting to Debtor's non-compliance and states as follows:

1. The petition in this case was filed on on April 22, 2022. Debtor filed a proposed chapter 13 plan on May 06, 2022.

2. Under § 1326(a)(1) of the Bankruptcy Code, debtors must commence making plan payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier, unless the bankruptcy court orders otherwise. 11 U.S.C. § 1326(a)(1).

3. On May 11, 2022, Debtor and Debtor's Counsel (if any) were served with the Court's Order Re: Chapter 13 Plan Payments and Adequate Protection Payments ("Payment Order"). The first paragraph of the Payment Order provides that "plan payments by the debtor to the trustee shall begin the 20th day of the month following the filing of the petition or conversion of the case [to chapter 13]." Payment Order, ¶ 1.

4. On May 11, 2022, Debtor and all creditors were served with a copy of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I) ("Notice") in this case. The Notice warns readers, in bold type, that the Notice contains important information and deadlines and that both pages of the Notice should be read carefully.

5. Section 9 of the Notice clearly notified Debtor and all creditors that the case is subject to dismissal, without further notice, if Debtor does not commence making plan payments on time.

6. As of the date of this Motion, the Trustee has not received any plan payments from Debtor even though more than 30 days after the date of the order for relief *and* the 20th day of the month following the filing of the petition or conversion of this case to chapter 13 have passed.

7. Moreover, to the extent that Debtor has missed additional plan payments due in the months subsequent to the month in which Debtor was required to *commence* making payments (including all amounts due prior to any hearing on this Motion), the Trustee asserts that those subsequent payment defaults constitute further and independent grounds for dismissal of this case pursuant to 11 U.S.C. § 1307(c).

WHEREFORE, the Trustee respectfully requests that the Court dismiss this case pursuant to 11 U.S.C. § 1307(c).

Date: June 16, 2022

/s/ Devin Derham-Burk
Chapter 13 Standing Trustee