DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-1345
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: )    Chapter 13
)
MICHAEL HAROUTUN MIROYAN )    Case No. 22-50339 SLJ
)
)    **WITHDRAWAL OF MOTION TO**
)    **DISMISS WITH**
)    **CERTIFICATE OF SERVICE**
)
Debtor )

Hearing Date: August 18, 2022
Hearing Time: 10:00 a.m.
Location: Telephonic or Video Only

Judge: Hon. Stephen L. Johnson

DEVIN DERHAM-BURK, Trustee in the above entitled matter hereby withdraws the Motion to Dismiss Case for Failure to Make First Plan Payment (Docket Number 32) filed on June 16, 2022, for the following reason:

The Debtor(s) have made all payments needed.

Dated: June 29, 2022                         /s/ DEVIN DERHAM-BURK
                                             Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Ct., Los Gatos, CA 95032. I served a copy of the within Withdrawal of Motion to Dismiss Case for Failure to Make First Plan Payment by placing same in an envelope in the U.S. Mail at Los Gatos, California on June 29, 2022. Said envelopes were addressed as follows:

MICHAEL HAROUTUN MIROYAN
P O BOX 3181
SARATOGA, CA 95070-1181

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

Dated: June 29, 2022                    /s/ Nicole Costa
                                        Office of DEVIN DERHAM-BURK
                                        Chapter 13 Standing Trustee