DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE #256514
NANETTE DUMAS #148261
JANE Z. BOHRER #243692
P O Box 50013
San Jose, CA 95150-0013

TELEPHONE: (408) 354-4413
FACSIMILE: (408) 354-5513

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| IN RE:<br><br>MICHAEL HAROUTUN MIROYAN,<br><br><br><br><br><br>Debtor(s) | CHAPTER 13 CASE NO. 22-50339 SLJ<br><br>**DECLARATION OF DEVIN L. PACE**<br><br>Hearing Date: September 8, 2022<br>Hearing Time: 10:00 a.m.<br>Judge: Hon. Stephen L. Johnson<br>Place: Telephonic or Video Only |

I, Devin L. Pace, declare:

1. I am an attorney at law, duly licensed to practice before this Court.

2. I am employed by Devin Derham-Burk, Chapter 13 Standing Trustee (hereafter "Trustee"), as the Trustee's staff attorney.

3. PACER -- Public Access to Court Electronic Records -- is the official online public repository used by the U.S. Courts to view filed documents. The PACER website specific to the U.S. Bankruptcy Court for the Northern District of California is located at https://ecf.canb.uscourts.gov/cgi-bin/login.pl.

4. In preparing the Trustee's Motion to Dismiss, on July 5, 2022, I accessed https://ecf.canb.uscourts.gov/cgi-bin/login.pl, downloaded and printed the documents listed below for the above case.

    a. Exhibit A: Schedule D [Docket #11, pp. 10-13].

Attached to this declaration are true and correct copies of the above-referenced documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 6th day of July 2022 at Los Gatos, California.

/s/ Devin L. Pace

Devin L. Pace
Staff Attorney for Chapter 13 Standing Trustee