## Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael Haroutun Miroyan** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 22-50339 |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ **No.** Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ **Yes.** Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports this<br>claim | Unsecured<br>portion<br>If any |

| 2.1 | **Gang Chen** | | **Describe the property that secures the claim:** | $250,000.00 | $1,750,000.00 | $0.00 |
|---|---|---|---|---|---|---|

| Creditor's Name |

**Describe the property that secures the claim:**

Empty Lot in Hawaii Lot:
3-6-8-002-021  HI
5.95 Acres and a house situated on it

**12231 Via Roncole**
**Saratoga, CA 95070**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Deed of Trust**

**Date debt was incurred** 2018   **Last 4 digits of account number** n/a

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT A

| | | | | |
|---|---|---|---|---|

**2.2**   **HSBC**

Creditor's Name

**Describe the property that secures the claim:**     Unknown     $1,000,000.00     Unknown

> 62-2280 Kanehoa Street Kamuela, HI
> 96743  Hawaii County

**100 Mittel Dr., Bldg 1
Wood Dale, IL 60191**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■_ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Deed of Trust**

**Date debt was incurred** _____     **Last 4 digits of account number** _____

---

**2.3**   **Kai Family Trust**

Creditor's Name

**Describe the property that secures the claim:**     $540,000.00     $6,000,000.00     $0.00

> **Owner of Hawaiian Riverbend LLC -
> the business owns a vacant lot
> located at Tax Map Key (ASP) 14.66
> Acres commercial zone TMK #:
> 6-8-002-053, located in Wai Koloa
> Village, HI, County of Hawaii in the
> state of Hawaii (big island)
> Property C**

**c/o Michael Carroll, Esq.
700 Bishop Street, Suite
900
Honolulu, HI 96813**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Deed of Trust**

**Date debt was incurred** _____     **Last 4 digits of account number**   **Unknown**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**EXHIBIT A**

Debtor 1  **Michael Haroutun Miroyan**

First Name  Middle Name  Last Name

Case number (if known)  **22-50339**

| | | |
|---|---|---|
| **2.4** **Ocwen Loan Servicing** | Describe the property that secures the claim: | Unknown  $1,000,000.00  Unknown |

Creditor's Name

**1661 Worthington Rd., Ste 100 West Palm Beach, FL 33409**

Number  Street  City  State & Zip Code

**62-2280 Kanehoa Street Kamuela, HI 96743 Hawaii County**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Mortgage**

Date debt was incurred _____  Last 4 digits of account number  **7873**

| | | |
|---|---|---|
| **2.5** **Real Property Tax Division** | Describe the property that secures the claim: | $195,276.00  $6,000,000.00  $0.00 |

Creditor's Name

**Owner of Hawaiian Riverbend LLC - the business owns a vacant lot located at Tax Map Key (ASP) 14.66 Acres commercial zone TMK #: 6-8-002-053, located in Wai Koloa Village, HI, County of Hawaii in the state of Hawaii (big island) Property C**

**Aupuni Center 101 Pauahi Street, Ste 4 Hilo, HI 96720**

Number  Street  City  State & Zip Code

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Property Taxes**

Date debt was incurred _____  Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:  **$985,276.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$985,276.00**

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code

**Andrew Kennedy Schlueter, Kwiat & Kennedy LLLP 75-167 Kalani St., Ste 201 Kailua Kona, HI 96740**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

Official Form 106D  Additional Page of Schedule D: Creditors Who Have Claims Secured by Property  page 3 of 4

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT A

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case: 22-50339    Doc# 31-2    Filed: 05/06/22    Entered: 05/06/22 15:55:04    Page 3 of 52

EXHIBIT A