DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE #256514
NANETTE DUMAS #148261
JANE Z. BOHRER #243692
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

IN RE:

MICHAEL HAROUTUN MIROYAN,

Debtor(s)

CHAPTER 13 CASE NO. 22-50339 SLJ

**NOTICE OF HEARING ON MOTION TO DISMISS**

Hearing Date:  September 8, 2022
Hearing Time: 10:00 a.m.
Judge:  Hon. Stephen L. Johnson
Place:  Telephonic or Video Only**

PLEASE TAKE NOTICE THAT, on September 8, 2022 at 10:00 a.m., or soon thereafter as the matter can be heard by the Honorable Stephen L. Johnson, the Chapter 13 Trustee, Devin Derham-Burk (hereafter "Trustee") will bring on for hearing a Motion to Dismiss Pre-Confirmation Pursuant to 11 U.S.C. §§1307(c) and 109(e).  The Motion will be supported by filed documents, arguments and evidence presented at the hearing on this matter.

Pursuant to L.B.R. 9014-1(c)(1), any opposition to the motion must be filed and served on the Trustee at least 14 days prior to the scheduled hearing date.

If you have received this notice of hearing without the motion documents and would like

Case: 22-50339   Doc# 36   Filed: 07/06/22   Entered: 07/06/22 11:51:42   Page 1 of 2

a complete copy of the motion in this case, please request a copy from the Bankruptcy Court Clerk's office, PACER online service, or the Trustee's office by contacting Devin Pace, Office of Devin Derham-Burk, Trustee, P.O. Box 50013, San Jose, CA 95150-0013.

**The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Date: July 6, 2022

/s/ Devin L. Pace_____

Attorney for the Chapter 13 Trustee