```
 1  DEVIN DERHAM-BURK #104353
    CHAPTER 13 STANDING TRUSTEE
 2  DEVIN L. PACE #256514
    NANETTE DUMAS #148261
 3  JANE Z. BOHRER #243692
    P O Box 50013
 4  San Jose, CA 95150-0013

 5  Telephone: (408) 354-4413
    Facsimile:  (408) 354-5513
 6
 7
 8              UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5
 9
10  IN RE:                      CHAPTER 13 CASE NO.  22-50339 SLJ
11
    MICHAEL HAROUTUN MIROYAN,   CERTIFICATE OF SERVICE OF
12                              MOTION TO DISMISS CASE (PRE-
                                CONFIRMATION) PURSUANT TO 11
13                              U.S.C. §§1307(c) AND 109(e)
14
                                Hearing Date:  September 8, 2022
15                              Hearing Time:  10:00 a.m.
                                Judge:  Hon. Stephen L. Johnson
16                              Place:  Telephonic or Video Only
17
18              Debtor(s)
19
20
               CERTIFICATE OF SERVICE BY MAIL
21              [B.R. 7005, F.R.C.P. 5, B.L.R. 9013-3(c)]
22
23      I am not less than 18 years of age and not a party to the within case.  My business address
24  is 105 Cooper Court, Los Gatos, California.  I am familiar with the processing of correspondence
25  for mailing with the United States Postal Service.  Correspondence placed in the internal mail
26  collection system at the Office of Devin Derham-Burk, Chapter 13 Standing
27
28
```

22-50339 SLJ CERTIFICATE OF SERVICE– 1 of 2

Case: 22-50339    Doc# 36-1    Filed: 07/06/22    Entered: 07/06/22 11:51:42    Page 1 of 4

Trustee is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 6, 2022, a true and accurate photocopy of the following described document,

**NOTICE OF HEARING, MOTION TO DISMISS CASE (PRE-CONFIRMATION) PURSUANT TO 11 U.S.C. §§1307(c) AND 109(e)**

was placed for service, in the Trustee's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| MICHAEL HAROUTUN MIROYAN<br>PO BOX 3181<br>SARATOGA, CA 95070<br><br>DEBTOR(S) | PRO SE DEBTOR |

On July 6, 2022, a true and accurate photocopy of the following described document,

**NOTICE OF HEARING**

was placed for service, in the Trustee's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

SEE ATTACHED LIST OF

CREDITORS

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct, and that this declaration was executed on at Los Gatos, California.

/s/ Devin L. Pace

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 22-50339<br>California Northern Bankruptcy Court<br>San Jose<br>Wed Jul  6 10:38:00 PDT 2022 | Ally Financial, c/o AIS Portfolio Services,<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Andrew Kennedy<br>Schlueter, Kwiat & Kennedy LLLP<br>75-167 Kalani St., Ste 201<br>Kailua Kona, HI 96740-1800 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| California Business Bureau Inc<br>1711 S. Mountain Ave<br>Monrovia, CA 91016-4256 | California Business Bureau, Inc.<br>Attn: Bankruptcy<br>Po Box 5010<br>Monrovia, CA 91017-7110 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | County of Hawaii Real Property Tax Division<br>25 Aupuni Street<br>Hilo, HI 96720-4245 | Theron S. Covey<br>Robertson, Anschutz,<br>Schneid & Crane LLP<br>350 10th Ave., Ste. 1000<br>San Diego, CA 92101-8705 |
| Cws/cw Nexus<br>Attn: Card Services<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | (p)PAYLIANCE<br>2 EASTON OVAL<br>STE 310<br>COLUMBUS OH 43219-6193 | ~~Devin Derham-Burk~~<br>~~P.O. Box 50013~~<br>~~San Jose, CA 95150-0013~~ |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | ~~Franchise Tax Board~~<br>~~Bankruptcy Section MS: A-340~~<br>~~PO Box 2952~~<br>~~Sacramento, CA 95812-2952~~ | Gang Chen<br>12231 Via Roncole<br>Saratoga, CA 95070-3062 |
| HSBC<br>100 Mittel Dr., Bldg 1<br>Wood Dale, IL 60191-1119 | HSBC Bank USA, National Association, as Inde<br>c/o Robertson, Anschutz,<br>Schneid & Crane LLP<br>350 10th Ave., Ste. 1000<br>San Diego, CA 92101-8705 | Hawaii County Tax<br>Hilo Office - Aupuni Center<br>101 Pauahi St., Ste 4<br>Hilo, HI 96720-4224 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | ~~Kenneth Y. Kai~~<br>~~c/o Law Office of Wayne A. Silver~~<br>~~643 Bair Island Road~~<br>~~Suite 403~~<br>~~Redwood City, CA 94063-2758~~ | ~~Tae K. Kai~~<br>~~c/o Law Office of Wayne A. Silver~~<br>~~643 Bair Island Road~~<br>~~Suite 403~~<br>~~Redwood City, CA 94063-2758~~ |
| Kai Family 1998 Trust Dated October 5, 1998<br>c/o Wayne A. Silver<br>643 Bair Island Rd., Ste. 403<br>Redwood City, CA 94063-2758 | Kai Family Trust<br>c/o Michael Carroll, Esq.<br>700 Bishop Street, Suite 900<br>Honolulu, HI 96813-4101 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| ~~LVNV Funding, LLC c/o Resurgent Capital Serv~~<br>~~PO Box 10587~~<br>~~Greenville,, SC 29603-0587~~ | Matthew C. Shannon, Esq.<br>Bays Lung Rose & Voss<br>Topa Financial Center<br>700 Bishop Street, Suite 900<br>Honolulu, HI 96813-4102 | Michael Haroutun Miroyan<br>PO Box 3181<br>Saratoga, CA 95070-1181 |

| | | |
|---|---|---|
| Ocwen Loan Servicing<br>1661 Worthington Rd., Ste 100<br>West Palm Beach, FL 33409-6493 | ~~Office of the U.S. Trustee / SJ~~<br>~~U.S. Federal Bldg.~~<br>~~280 S 1st St. #268~~<br>~~San Jose, CA 95113-3004~~ | PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Real Property Tax Division<br>Aupuni Center<br>101 Pauahi Street, Ste 4<br>Hilo, HI 96720-4224 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| ~~Wayne A. Silver~~<br>~~Law Office of Wayne A. Silver~~<br>~~643 Bair Island Road~~<br>~~Suite 403~~<br>~~Redwood City, CA 94063-2758~~ | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | The Best Service Company<br>6700 South Centinela Ave Fl. 3<br>Culver City, CA 90230-6304 |
| (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste 599<br>Weldon Springs, MO 63304-2225 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ~~Citizens Bank N.A.~~<br>~~One Citizens Bank Way Mailstop: JCA115~~<br>~~Johnston, RI 02919~~ | ~~Cybrcollect~~<br>~~3 Easton Oval Ste 210~~<br>~~Columbus, OH 43219~~ | ~~State Board of Equalization~~<br>~~Attn: Special Procedures Section, MIC:55~~<br>~~P.O. Box 942879~~<br>~~Sacramento, CA 94279~~ |
| ~~U.S. Attorney~~<br>~~Civil Division~~<br>~~450 Golden Gate Ave.~~<br>~~San Francisco, CA 94102-3400~~ | End of Label Matrix<br>Mailable recipients     40<br>Bypassed recipients     0<br>Total                  40 | |