DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513

UNITED STATES BANKRUPTCY COURT

IN RE:                                          )
                                                )     CHAPTER 13
MICHAEL HAROUTUN MIROYAN          )     CASE NO. 22-50339 SLJ
                                                )
                                                )
                                                )     **STATEMENT ADJOURNING 341(a)**
                                                )     **MEETING OF CREDITORS**
                                                )     **Fed. R. Bankr. P. 2003(e)**
Debtor                                        )

The 11 U.S.C. Section 341(a) meeting of creditors scheduled for July 25, 2022 at 10:30 AM  will

be continued to:

    **DATE:  September 12, 2022**                     **LOCATION:   TELEPHONIC**
    **TIME:  10:30 am**

**<u>The meeting will be conducted via telephone conference call.</u>**

**<u>Call-in Information</u>:**

Dial-in Numbers:  1-210-280-6593 or 877-939-6323

Passcode:  5069972

Participants should not call in until the scheduled meeting time.  Phone lines should be muted

until the case is called and the Trustee requests that appearances be stated on the record.

If further continuances become necessary, Debtor and counsel for Debtor will be notified by

mail.  Creditors and all other interested parties should refer to the court docket for updated

information.

## CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Ct, Los Gatos, CA 95032. I served a copy of the Notice of Continuance of Meeting of Creditors by placing same in an envelope in the U.S. Mail at Los Gatos, California on July 26, 2022. Said envelopes were addressed as follows:

MICHAEL HAROUTUN MIROYAN
P O BOX 3181
SARATOGA, CA 95070-1181

/s/ Nicole Costa
Office of Devin Derham-Burk, Trustee

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.