United States Bankruptcy Court
Northern District of California

In re: Hawaiian Riverbend, LLC

Debtor(s)

Case No. 22-50314
Chapter 11

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Voluntary Petition, consisting of **5** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date: May 26, 2022

Signature: /s/ Michael Haroutun Miroyan
Michael Haroutun Miroyan
Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Hawaiian Riverbend, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 22-50314 |

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Ali Kalbali<br>c/o Kal Construction<br>400 Reed Street, Ste. 185<br>Santa Clara, CA 95050<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $34,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>David Dorenfield<br>30101 Agoura Court, Ste. 210<br>Agoura Hills, CA 91301<br><br>Date(s) debt was incurred 8/10/18<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal fees**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $120,000.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Ed Halteman<br>1331 Cedar Ave<br>Boulder, CO 80304<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $8,000.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Hal Barker<br>620 Vasona Ave<br>Los Gatos, CA 95032<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $8,000.00 |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Joel Rettew<br>22612 Galilea<br>Mission Viejo, CA 92692-2000 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Michael Riehm<br>P.O. Box 39074<br>Keauhou, HI 96739 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Professionial Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Office of United States Trustee<br>880 Front St., Ste. 3230<br>San Diego, CA 92115 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,622.70 |
| | Date(s) debt was incurred 04//04/2016<br>Last 4 digits of account number 0348 | Basis for the claim: **Chapter 11 quarterly fees**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Phil Hayes<br>19 Redberry Ridge Rd.<br>Portola Valley, CA 94028 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Ryan Smith<br>882 Kirksey Drive<br>Turlock, CA 95382 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Pre-petition salary**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Ryan Smith<br>882 Kirksey Drive<br>Turlock, CA 95382 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Stefan Martirosian<br>120 Aspen Oaks Lane<br>Glendale, CA 91207 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hawaiian Riverbend, LLC | Case number (if known) | 22-50314 |

| 3.12 | Nonpriority creditor's name and mailing address<br>**Trish Tran**<br>**c/o CYA Insurance**<br>**2396 Senter Rd.**<br>**San Jose, CA 95112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,000.00** |
|---|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address<br>**William Keoni Shultz**<br>**c/o Cades Schutte**<br>**1000 Bishop St., 12th Fl.**<br>**Honolulu, HI 96813**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,000.00** |
| 3.14 | Nonpriority creditor's name and mailing address<br>**William Miroyan**<br>**PO BOX 3168**<br>**Saratoga, CA 95070**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,000.00** |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 380,622.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 380,622.70 |

Ali Kalbali
c/o Kal Construction
400 Reed Street, Ste. 185
Santa Clara, CA 95050


David Dorenfield
30101 Agoura Court, Ste. 210
Agoura Hills, CA 91301


Ed Halteman
1331 Cedar Ave
Boulder, CO 80304


Hal Barker
620 Vasona Ave
Los Gatos, CA 95032


Joel Rettew
22612 Galilea
Mission Viejo, CA 92692-2000


Michael Riehm
P.O. Box 39074
Keauhou, HI 96739


Office of United States Trustee
880 Front St., Ste. 3230
San Diego, CA 92115


Phil Hayes
19 Redberry Ridge Rd.
Portola Valley, CA 94028

Ryan Smith
882 Kirksey Drive
Turlock, CA 95382


Stefan Martirosian
120 Aspen Oaks Lane
Glendale, CA 91207


Trish Tran
c/o CYA Insurance
2396 Senter Rd.
San Jose, CA 95112


William Keoni Shultz
c/o Cades Schutte
1000Bishop St., 12th Fl.
Honolulu, HI 96813


William Miroyan
PO BOX 3168
Saratoga, CA 95070

Ryan Smith
882 Kirksey Drive
Turlock, CA 95382


Stefan Martirosian
120 Aspen Oaks Lane
Glendale, CA 91207


Trish Tran
c/o CYA Insurance
2396 Senter Rd.
San Jose, CA 95112


William Keoni Shultz
c/o Cades Schutte
1000Bishop St., 12th Fl.
Honolulu, HI 96813


William Miroyan
PO BOX 3168
Saratoga, CA 95070