UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: MICHAEL HAROUTUN MIROYAN,

Debtor(s)

Bankruptcy No.: 22-50339-SLJ
R.S. No.: UOR-1
Hearing Date: 09/06/2022
Time: 10:30 a.m.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 04/22/2022     Chapter: 13
    Prior hearings on this obligation: _____     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor [ ] or lessor [ ]
    Fair market value: $_____           Source of value: _____
    Contract Balance: $_____            Pre-Petition Default: $_____
    Monthly Payment: $_____             No. of months: _____
    Insurance Advance: $_____           Post-Petition Default: $_____
                                          No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Lot in Hawaii (Parcel 21)

    Fair market value: $_____    Source of value: _____    If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal. $ 412,265.00              Pre-Petition Default: $ 408,182.00
    As of (date): 06/15/2022               No. of months: 106
    Mo. payment: $_____                  Post-Petition Default: $_____
    Notice of Default (date): _____      No. of months: _____
    Notice of Trustee's Sale: _____      Advances Senior Liens: $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Movant seeks full and complete relief from the automatic stay under § 362(d)(1) of the Bankruptcy Code, and in rem relief from the automatic stay under § 362(d)(4), to continue the judicial foreclosure of an undeveloped real property indentified in Debtor's schedule A/B, Item 1.2 as "Empty Lot in Hawaii, Lot 3-6-8-002-021", referred to as "Parcel 21".

Dated: 08/11/2022

Signature: /s/ Uzzi O. Raanan
Print or Type Name: Uzzi O. Raanan
Attorney for: Gang "Patrick Chen