UZZI O. RAANAN (State Bar No. 162747)
*uraanan@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Gang "Patrick" Chen,
Secured Creditor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 22-50339-SLJ |
| MICHAEL HAROUTUN MIROYAN, | RS No. UOR-1 |
| Debtor. | Chapter 13 |
| | **DECLARATION OF GANG "PATRICK" CHEN IN SUPPORT OF MOTION FOR RELIEF FROM STAY** |
| | Date: September 6, 2022<br>Time: 10:30 a.m.<br>Ctrm: Courtroom "9"<br>280 South First Street<br>San Jose, California |

I, Gang "Patrick" Chen, declare the following:

1.   I am a creditor in the within case and am personally familiar with the following facts.

2.   On October 10, 2013, I entered into a promissory note with Hawaiian Riverbend, LLC (the "Promissory Note"), which documented a loan in the amount of $175,000 (the "Loan") that I made to Hawaiian Riverbend, LLC.  The Promissory Note required repayment of the Loan principal in full by January 10, 2014, with interest of 14% per annum calculated from October 10, 2013.  The Promissory Note required the borrower to pay three month's interest at the time the note was executed.  Attached as Exhibit "**A**" to the *Exhibits in Support of Creditor Gang "Patrick"*

1 *Chen's Motion for Relief from Automatic Stay* filed concurrently herewith, is a true and correct

2 copy of the Promissory Note executed by Michael Miroyan on behalf of Hawaiian Riverbend, LLC

3 on October 10, 2013.

4        3.      The Promissory Note is secured by a mortgage dated October 8, 2013, recorded

5 against a Hawaiian real property (the "Property") identified as "Empty Lot in Hawaii, Lot 3-6-8-

6 002-021, in the Bureau of Conveyances of the State of Hawaii as document number A-50360170

7 (the "Mortgage").  Attached as Exhibit "**B**" to the *Exhibits in Support of Creditor Gang "Patrick"*

8 *Chen's Motion for Relief from Automatic Stay* filed concurrently herewith, is a true and correct

9 copy of the Mortgage executed by Michael Miroyan, on behalf of Hawaiian Riverbend, LLC, on

10 October 8, 2013.

11        4.      On January 10, 2014, the Promissory Note matured, with no amount paid towards it.

12 In fact, no payments were ever made with regard to the Promissory Note by either Hawaiian

13 Riverbend, LLC or its owner Michael Miroyan.

14        5.      As of June 22, 2022, interest accrued on the Loan amount is $212,333.00 and

15 attorneys' fees to date are at least $24,932, for a total balance owed on the Promissory Note of

16 **$412,265.00** (the "**Loan Balance**").  The interest continues to accrue at the daily rate of $68.05.

17 Attached as Exhibit "**M**" to the *Exhibits in Support of Creditor Gang "Patrick" Chen's Motion for*

18 *Relief from Automatic Stay* filed concurrently herewith. is a chart I prepared which calculates the

19 Loan Balance.

20        6.      On August 9, 2018, shortly after Hawaiian Riverbend, LLC's bankruptcy case in

21 Hawaii was dismissed for failure to perform the terms of a confirmed Chapter 11 Plan of

22 Reorganization,  Mr. Miroyan, as the sole member of Hawaiian Riverbend, LLC, caused Hawaiian

23 Riverbend, LLC to transfer ownership of the Property to himself through a warranty deed

24 ("Warranty Deed").  Attached as Exhibit "**C**" to the *Exhibits in Support of Creditor Gang*

25 *"Patrick" Chen's Motion for Relief from Automatic Stay* filed concurrently herewith, is a true and

26 correct copy of the Warranty Deed executed by Michael Miroyan.

27        7.      On March 25, 2019, four months after filing a personal bankruptcy case under

28 Chapter 13, in the United States Bankruptcy Court, Northern District of California, Bankruptcy

Case No. 5:18-bk-52601, Mr. Miroyan called Leu Okuda & Doi, the law firm representing me in a Hawaii state court foreclosure action against the Property, and notified them for the first time that he filed for bankruptcy.

8.    I was not notified about and was not aware that Mr. Miroyan filed his 2018 bankruptcy case until March 25, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corrected.

Executed this ___ day of August 2022, at San Francisco, California.

*SIGNATURE TO FOLLOW*
_____
Gang "Patrick" Chen
