UZZI O. RAANAN (State Bar No. 162747)
uraanan@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Gang "Patrick" Chen,
Secured Creditor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL HAROUTUN MIROYAN,<br><br>Debtor . | Case No. 22-50339-SLJ<br><br>RS No. UOR-1<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: September 6, 2022<br>Time: 10:30 a.m.<br>Crtrm.: Courtroom "9"<br>280 South First Street<br>San Jose, California 95113<br><br>**AND VIA ZOOM** |

I, Beverly Lew, the undersigned, declare that I am employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within entitled action. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067-6006.

On August 11, 2022, I caused to be served a true and correct copy of the following documents:

1. MOTION OF CREDITOR GANG "PATRICK" CHEN FOR RELIEF FROM THE AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

2. COVER SHEET;

3. DECLARATION OF GANG "PATRICK" CHEN IN SUPPORT OF MOTION FOR RELIEF FROM STAY;

4. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RELIEF FROM STAY FILED BY GANG "PATRICK" CHEN; and

5. EXHIBITS IN SUPPORT OF CREDITOR GANG "PATRICK" CHEN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

by means of this Court's electronic transmission to the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth on the ECF/CMS Mailing List obtained from this Court on this date, as follows:

Theron S. Covey on behalf of Requestor HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-3
tcovey@raslg.com

Devin Derham-Burk   ctdocs@ch13sj.com

Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov

Devin L. Pace on behalf of Trustee Devin Derham-Burk     ctdocs@ch13sj.com

Wayne A. Silver on behalf of Interested Party Kenneth Y. Kai
w_silver@sbcglobal.net, ws@waynesilverlaw.com

In addition on this date, I served the foregoing documents on the following parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

| Debtor, in pro se<br>Michael Haroutun Miroyan<br>PO Box 3181<br>Saratoga, CA 95070-1181 | Hon. Stephen L. Johnson<br>Attn: Anna Lee, Courtroom Deputy<br>U. S Courthouse, Room 3035<br>280 South First Street<br>San Jose, CA 95113-3099 | County of Hawaii Real Property Tax Division<br>25 Aupuni Street<br>Hilo, HI 96720 |
|---|---|---|

1691000.1 27092

REQUESTS FOR SPECIAL NOTICE

Ally Financial, c/o AIS
Portfolio Services, LP
4515 N Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on August 11, 2022 at Los Angeles, California.

                                                          */s/ Beverly Lew*
                                                          Beverly Lew

Rev. 2/05