1  UZZI O. RAANAN (State Bar No. 162747)
   uraanan@DanningGill.com
2  DANIELLE R. GABAI (State Bar No. 339242)
   DGabai@DanningGill.com
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Attorneys for Gang "Patrick" Chen,
   Secured Creditor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>MICHAEL HAROUTUN MIROYAN,<br><br>Debtor. | Case No. 22-50339-SLJ<br><br>RS No. UOR-1<br><br>Chapter 13<br><br>**REPLY OF CREDITOR GANG "PATRICK" CHEN IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br>[Doc. No. 39]<br><br>Date:     September 6, 2022<br>Time:    10:30 a.m.<br>Crtrm.:  Courtroom "9"<br>            280 South First Street<br>            San Jose, California 95113 |

Gang "Patrick" Chen (the "Creditor" or "Mr. Chen"), secured creditor in the above entitled bankruptcy case for the estate of Michael Haroutin Miroyan (the "Debtor"), hereby submits his Reply In Support of Motion for Relief from the Automatic Stay (the "Reply").

On August 11, 2022, Mr. Chen filed his Motion for Relief from the Automatic Stay (the "Motion for Relief," *doc. no. 39*), requesting full and complete relief from the automatic stay under 11 U.S.C. § 362(d)(1) of the Bankruptcy Code, and *in rem* relief from the automatic stay under § 362(d)(4), to allow him to continue the judicial foreclosure of an undeveloped real property located in Hawaii.

According to the Court's Docket, to date, no opposition or other response to the Motion for Relief has been filed. Similarly, Mr. Chen has not been served with any papers in opposition to this motion.

Mr. Chen therefore respectfully requests that the Court:

1. consider the Motion for Relief on a final basis by consolidating the preliminary hearing, scheduled for September 6, 2022, with the final hearing; and

2. grant the Motion for Relief in full.

DATED: August 30, 2022            DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _____
UZZI O. RAANAN
DANIELLE R. GABAI
Attorneys for Gang "Patrick" Chen, Secured Creditor

2
Case: 22-50339   Doc# 45   Filed: 08/31/22   Entered: 08/31/22 10:08:24   Page 2 of 2