# Notice Recipients

District/Off: 0971−5     User: admin     Date Created: 9/1/2022
Case: 22−50339     Form ID: pdfeoc     Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Michael Haroutun Miroyan    PO Box 3181    Saratoga, CA 95070−1181
     Edward Wu    Reid & Wise LLC    One Penn Plaza, Suite 2015    New York, NY 11109
     Robert K. Lu    Reid & Wise LLC    633 West 5th Street, 26th Floor    Los Angeles, CA 90071

TOTAL: 3