Michael Miroyan
P.O. Box 3181
Saratoga, CA 95070
Tel: (408) 913-3123
E-mail: mac8881@me.com

Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

Michael Miroyan

Debtor

Case No.: 5:22-bk-50339
Chapter 13

DECLARATION OF MICHAEL MIROYAN IN SUPPORT OF OPPOSITION TO LIFT AUTOMATIC STAY

Date: 9-6-2022
Time: 10:30 a.m.
Dept.: Courtroom 9

I Michael Miroyan declare:

I am the Debtor in the above captioned case. I am submitting this Declaration in Opposition to Gang Chen's Motion to Lift the Automatic Stay.

I want to point out that there is no cause for the lifting of the automatic stay. All of my bankruptcy filings have been made in good faith, and my inability in the past to abide by the terms of confirmed plans has been due entirely to a breakdown of communications between myself and retained counsel.

The instant bankruptcy filing was made in good faith and good cause exists for maintenance of the automatic stay in this case to confirm a plan that includes the sale of the property in question for near the market value of the property - $1.75 million as opposed to being sold below value at

auction. Selling the property close to market value is in the best interest of all the creditors of the Estate.

I declare under penalty of perjury of the laws of the state of California that the foregoing is true and correct.

Dated: August 26th 2022.          _____
                                  Michael Miroyan - Debtor

This Motion cannot be heard by Judge Stephen Johnson due to the Motion to Recuse Calendared for 9-29-2022 at 10:30.

*[signature]*