CR $32.00   Pay.gov

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# AUDIO RECORDING ORDER FORM

Mr.

**Name of Debtor (Case Name):** Michael Miroyan

**Chapter** 13  **Case Number:** 22-50339

**Adversary Proceeding Name:**

vs.

**Plaintiff(s),**

**Adversary Proceeding Number:**
(or Miscellaneous Proceeding Number)

**Defendant(s).**

RECEIVED SEP - 6 2022 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

**Date of Hearing:** 9-6-22       **Time of Hearing:** 10:30 AM
(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Johnson       **Hearing Location:** NDCa. SJ, CA.

Do you want a recording of the entire calendar/trial? ☐ Yes ☒ No   If No, below describe that portion of the hearing audio you request:

re: case # 22-50339 the lifting of the auto-stay

**Cost and Audio Capacity**: Each compact disc (CD) holds approximately 80 minutes of recorded audio and costs $32.00. If the audio you order does not fit onto one CD this rate is charged for each additional CD. This fee set by the Judicial Conference of the United States, and must be paid before an audio request is processed.

**Name of Person(s) Ordering Recording:** Mike Miroyan

**Mailing Address:** Box 3181 Saratoga Ca 95070

**Contact Person:** Same

**Phone Number:** 408 913 3123

**Email Address:** MAC8881@me.com

**Signature of Person Ordering Recording:** [signature] paid @ Pay.gov

**Date:** 9-6-22

| For Court Use Only |
|---|
| CD Created By (Initials): _____ |
| Date: _____ |

**Note:** To order a Meeting of Creditors recording visit the U.S. Trustee website, do not use this Form. **ECF Filers:** Use the ECF event "Audio CD Request" to file this Form. This Form is mandatory and has been approved for use by the U.S. Bankruptcy Court for the Northern District of California.

12/2020

Case: 22-50339   Doc# 50   Filed: 09/06/22   Entered: 09/06/22 16:40:55   Page 1 of 1