

The following constitutes the order of the Court.
Signed: September 7, 2022

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

MICHAEL HAROUTUN MIROYAN,

          Debtor.

Case No. 22-50339 SLJ
Chapter 13

**ORDER (1) CONTINUING HEARING ON TRUSTEE'S MOTION TO DISMISS;
(2) REQUIRING WRITTEN RESPONSE FROM DEBTOR;
(3) ORDERING IN-PERSON HEARING**

Trustee Devin Derham-Burk filed a motion to dismiss ("Trustee's Motion") this case on June 16, 2022, pursuant to 11 U.S.C. §§ 1307(c) and 109(e)(debtor over statutory debt limitation). To date, no opposition has been filed to the Trustee's Motion, which is set for telephonic hearing on September 8, 2022 at 10:00 a.m.

On September 6, 2022, Debtor appeared telephonically to oppose a motion for relief from stay but the court excused him for being disruptive. Thereafter, Debtor spent several hours in the clerk's office disrupting court staff which ultimately necessitated the involvement of the court's security officers. Accordingly,

IT IS HEREBY ORDERED on the court's motion that:

ORDER (1) CONTINUING HEARING ON TRUSTEE'S MOTION TO DISMISS;
(2) REQUIRING WRITTEN RESPONSE FROM DEBTOR;
(3) ORDERING IN-PERSON HEARING

1/3

Case: 22-50339    Doc# 52    Filed: 09/07/22    Entered: 09/07/22 11:28:18    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1. Trustee's Motion is CONTINUED to **September 22, 2022 at 11:00 a.m.** in courtroom 10, 280 S. First Street, San Jose, California. Trustee's counsel and Debtor must appear in person at the hearing.

2. No appearance is required on September 8, 2022, and the courtroom deputy is instructed to drop the matter from the court's calendar.

3. Debtor must file a written response to the Trustee's Motion by September 15, 2022. If he does not file a written response the court will treat the motion as unopposed and will vacate the hearing date.

4. Debtor is reminded that his conduct in court and in the clerk's office must be appropriate. Also, no one is admitted to the courthouse without a valid, government-issued identification with a photograph.

*** END OF ORDER ***

ORDER (1) CONTINUING HEARING ON TRUSTEE'S MOTION TO DISMISS;
(2) REQUIRING WRITTEN RESPONSE FROM DEBTOR;
(3) ORDERING IN-PERSON HEARING

Case: 22-50339    Doc# 52    Filed: 09/07/22    Entered: 09/07/22 11:28:18    Page 2 of 3

**COURT SERVICE LIST**

Michael Haroutun Miroyan
PO Box 3181
Saratoga, CA 95070-1181

[ECF recipients only]

ORDER (1) CONTINUING HEARING ON TRUSTEE'S MOTION TO DISMISS;
(2) REQUIRING WRITTEN RESPONSE FROM DEBTOR;
(3) ORDERING IN-PERSON HEARING

3/3

Case: 22-50339    Doc# 52    Filed: 09/07/22    Entered: 09/07/22 11:28:18    Page 3 of 3