# Notice Recipients

District/Off: 0971–5     User: admin     Date Created: 9/12/2022
Case: 22–50339     Form ID: TRANSC     Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Michael Haroutun Miroyan     PO Box 3181     Saratoga, CA 95070–1181
       Uzzi O. Raanan, Partner     Danning, Gill, Israel & Krasnoff, LLP     1901 Avenue of the Stars     Suite 450     Los Angeles, CA 90067–6006

                             TOTAL: 2