

UZZI O. RAANAN (State Bar No. 162747)
uraanan@DanningGill.com
DANIELLE R. GABAI (State Bar No. 339242)
DGabai@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Gang "Patrick" Chen,
Secured Creditor

The following constitutes the order of the Court.
Signed: September 14, 2022

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL HAROUTUN MIROYAN,<br><br>Debtor. | Case No. 22-50339-SLJ<br><br>RS No. UOR-1<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY CREDITOR GANG "PATRICK" CHEN**<br>[Doc. No. 39]<br><br>Date: September 6, 2022<br>Time: 10:30 a.m.<br>Crtrm.: **VIA VIDEO CONFERENCE OR TELEPHONE ONLY** |

On the above date and time, a hearing was held in the above-identified court regarding the Motion of Creditor Gang "Patrick" Chen (the "Creditor" or "Mr. Chen") for Relief from the Automatic Stay (the "Motion for Relief," *doc. no. 39*), the Honorable Stephan L. Johnson, United States Bankruptcy Judge, presiding. Uzzi O. Raanan of Danning, Gill, Israel & Krasnoff, LLP appeared on behalf of Mr. Chen, and Michael H. Miroyan (the "Debtor") appeared *pro se*.

The Court having considered the Motion for Relief and all papers filed in support and opposition thereof, having determined that notice given by Mr. Chen of the hearing and the relief

sought in the Motion for Relief was appropriate and adequate, for the legal reasons and based on factual findings stated on the record, and for good cause appearing, it is

**ORDERED THAT**:

1. The Motion for Relief is granted in full under 11 U.S.C. § 362(d)(4).

2. Mr. Chen is granted full and complete relief from the automatic stay under 11 U.S.C. § 362(d)(4) of the Bankruptcy Code, with *in rem* relief such that he is authorized to continue the judicial foreclosure of the undeveloped real property located in Hawaii, identified in the Debtor's bankruptcy schedule A/B as: "Empty Lot in Hawaii, Lot 3-6-8-002-021," ("Parcel 21") with the legal description attached to this Order as Exhibit "A".

3. If recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other case under Title 11 purporting to affect Parcel 21 and filed not later than 2 years after the date of the entry of this Order, except that a debtor in a subsequent case under Title 11 may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing.

4. The 14-day stay of enforcement provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not waived.

###

**COURT SERVICE LIST**

<u>Debtor, in pro per</u>
Michael Haroutun Miroyan
P. O. Box 3181
Saratoga, CA  95070-1181

<u>Request for Special Notice</u>
Ally Financial, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave.
Dept. APS
Oklahoma City, OK  73118

<u>Creditor</u>
County of Hawaii Real Property Tax Division
25 Aupuni Street
Hilo, HI  96720

ECF Notifications