EXHIBIT A

## EXHIBIT "A"

All of that certain parcel of land (being portion(s) of the land(s) described in and covered by Royal Patent 5671, Land Commission Award 8521-B, Apana 1 to G. D. Hueu of Waikoloa Development) situate, lying and being at Waikoloa, District of South Kohala, Island of Hawaii, State of Hawaii, being LOT 9-A, being a portion of Lot 9, Waikoloa Development, File Plan 1172, and thus bounded and described:

Beginning at the northeast corner of this parcel of land, being also the northwest corner of Lot 9-B, the coordinates of said point of beginning referred to Government Survey Triangulation Station "PUU HINAI" being 10,073.89 feet north and 2,246.46 feet west and running by azimuths measured clockwise from true South:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 21° | 44' | 07" | 513.89 | feet along Lot 9-B; |
| 2. | 111° | 44' | 07" | 80.70 | feet along the same; |

Thence, along the same on a curve to the left with a radius of 251.00 feet, the chord azimuth and distance being:

| | | | | | |
|---|---|---|---|---|---|
| 3. | 87° | 37' | 40" | 205.04 | feet; |
| 4. | 63° | 31' | 12" | 102.13 | feet along the same; |

Thence, along the same on a curve to the right with a radius of 205.00 feet, the chord azimuth and distance being;

| | | | | | |
|---|---|---|---|---|---|
| 5. | 74° | 55' | 34" | 81.08 | feet; |
| 6. | 86° | 19' | 57" | 20.83 | feet along same; |

Thence, along Paniolo Avenue on a curve to the left with a radius of 540.00 feet, the chord azimuth and distance being;

| | | | | | |
|---|---|---|---|---|---|
| 7. | 175° | 32' | 12" | 15.00 | feet; |
| 8. | 198° | 03' | 09" | 688.99 | feet along Lot 121, Waikoloa Village Unit 1-A, File Plan 1188; |
| 9. | 288° | 03' | 09" | 471.49 | feet along Lot 6, Waikoloa Development, File Plan 1172 to the point of beginning and containing an area of 5.9175 acres, more or less. |

EXHIBIT "A"
Page 1 of 5

Together with Easement AE-1 for access purposes, more particularly described as follows:

All of that certain easement parcel of land being a portion of Lot 9-B, Waikoloa Development, Waikoloa, District of South Kohala, Island of Hawaii, Hawaii.

Beginning at the northeast corner of this easement parcel of land, the coordinates of said point of beginning referred to Government Survey Triangulation Station "PUU HINAI" being 9,596.53 feet north and 2,436.77 feet west and running by azimuths measured clockwise from true South:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 21° | 44' | 07" | 60.00 | feet; |
| 2. | 111° | 44' | 07" | 80.70 | feet along Lot 9-C; |

Thence, along the same on a curve to the left with a radius of 191.00 feet, the chord azimuth and distance being;

| | | | | | |
|---|---|---|---|---|---|
| 3. | 87° | 37' | 40" | 156.03 | feet; |
| 4. | 63° | 31' | 12" | 102.13 | feet along the same; |

Thence, along the same on a curve to the right with a radius of 265.00 feet, the chord azimuth and distance being:

| | | | | | |
|---|---|---|---|---|---|
| 5. | 74° | 55' | 34" | 104.81 | feet; |
| 6. | 86° | 19' | 57" | 24.17 | feet along the same; |

Thence, along Paniolo Avenue on a curve to the left with a radius of 540.00 feet, the chord azimuth and distance being;

| | | | | | |
|---|---|---|---|---|---|
| 7. | 179° | 31' | 19" | 60.09 | feet; |
| 8. | 266° | 19' | 57" | 20.83 | feet along Lot 9-A; |

Thence, along the same on a curve to the left with a radius of 205.00 feet, the chord azimuth and distance being;

| | | | | | |
|---|---|---|---|---|---|
| 9. | 254° | 55' | 34" | 81.08 | feet; |
| 10. | 243° | 31' | 12" | 102.13 | feet along the same; |

Thence, along the same on a curve to the right with a radius of 251.00 feet, the chord azimuth and distance being;

EXHIBIT "A"
Page 2 of 5

11. 267° 37' 40"   205.04   feet;

12. 291° 44' 07"   80.70   feet along the same to the point of beginning and containing an area of 0.667 acres, more or less.

BEING THE PREMISES ACQUIRED BY WARRANTY DEED

GRANTOR: WAIKOLOA MAUKA, LLC, a Delaware limited liability company

GRANTEE: HAWAIIAN RIVERBEND, LLC, a Hawaii limited liability company

DATED: November 23, 2009
RECORDED: Document No. 2009-179060

## SUBJECT, HOWEVER TO:

1. Mineral and water rights of any nature in favor of the State of Hawaii.

2. DESIGNATION OF EASEMENT "E-W-1" (175 feet wide)

    PURPOSE: electrical, telephone and water line
    SHOWN: on File Plan No. 1172

3. GRANT to WAIKOLOA WATER CO., INC., dated December 20, 1978, recorded in Liber 13374 at Page 441, as amended by instrument dated February 4, 1981, recorded in Liber 15498 at Page 103; granting an easement over said Easement "E-W-1".

4. GRANT

    TO: WAIKOLOA RESORT UTILITIES, INC. doing business as WEST HAWAII UTILITY COMPANY

    DATED: February 19, 1998
    RECORDED: Document No. 98-028918
    GRANTING: an easement over only that portion of said Easement "E-W-1" affecting Lot 9 of File Plan No. 1172

5. The terms and provisions contained in the following:

    (A) DEED WITH COVENANTS AND RESERVATION OF EASEMENTS AND OTHER RIGHTS

EXHIBIT "A"
Page 3 of 5

DATED: September 20, 2005
RECORDED: Document No. 2005-188909

Certain water rights reserved in said Deed have been assigned pursuant to that certain WATER RIGHTS QUITCLAIM dated September 20, 2005, recorded as Document No. 2005-188913, by and between WAIKOLOA LAND & CATTLE CO., "Grantor", and WAIKOLOA WATER CO., INC., and WAIKOLOA RESORT UTILITIES, INC., "Grantee".

(B) GRANT OF RIGHT TO DESIGNATE AND GRANT EASEMENTS

DATED: September 20, 2005
RECORDED: Document No. 2005-188911
PARTIES: WAIKOLOA MAUKA, LLC, "Owner", and WAIKOLOA LAND & CATTLE CO., "WDC"

Said Grant was amended by instrument dated November 29, 2006, recorded as Document No. 2006-220312.

6. The terms and provisions contained in the following:

INSTRUMENT: DECLARATION OF RESTRICTIVE COVENANTS

DATED: December 29, 2008
RECORDED: Document No. 2008-193975

7. The terms and provisions contained in the following:

INSTRUMENT: DISCLOSURE AGREEMENT

DATED: December 29, 2008
RECORDED: Document No. 2008-193976
PARTIES: WAIKOLOA MAUKA, LLC, a Delaware limited liability company, "WML", WQJ2008 INVESTMENT, LLC, a Washington limited liability company, "WQJ2008", UKUMEHAME QUARRY COMPANY LIMITED PARTNERSHIP, a Hawaii limited partnership, "Ukumehame", and collectively with WQJ2008, "Buyer"

8. Historic ceremonial and burial sites and similar matters which an archaeological study and archaeological inspection of the land would disclose.

9. The terms and provisions contained in the following:

INSTRUMENT: JOINT VENTURE AGREEMENT

DATED: April 29, 2010

EXHIBIT "A"
Page 4 of 5

| | |
|---|---|
| RECORDED: | Document No. 2010-062607 |
| PARTIES: | WAIKALOA MAUKA, LC, a Delaware limited liability company ("WM") and HAWAIIAN RIVERBEND, LLC, a Hawaii limited liability company, ("HR") |

10. No vehicular access and planting screen, as shown on Subdivision map 11-001060, approved November 29, 2012.