# Notice Recipients

District/Off: 0971−5　　　User: admin　　　Date Created: 9/14/2022
Case: 22−50339　　　Form ID: pdfeoc　　　Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Michael Haroutun Miroyan | PO Box 3181 | Saratoga, CA 95070−1181 |
| reqntc | Ally Financial, c/o AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 |
| 15418598 | County of Hawaii Real Property Tax Division | 25 Aupuni Street | Hilo, HI 96720 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3