United States Bankruptcy Court

Northern District of California

In re:                                                          Case No. 22-50339-SLJ

Michael Haroutun Miroyan                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5                  User: admin                  Page 1 of 1

Date Rcvd: Sep 12, 2022              Form ID: TRANSC              Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Michael Haroutun Miroyan, PO Box 3181, Saratoga, CA 95070-1181 |
|  | Uzzi O. Raanan, Partner, Danning, Gill, Israel & Krasnoff, LLP, 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Devin Derham-Burk | ctdocs@ch13sj.com |
| Devin L. Pace | on behalf of Trustee Devin Derham-Burk ctdocs@ch13sj.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Theron S. Covey | on behalf of Requestor HSBC Bank USA  National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-3 tcovey@raslg.com |
| Uzzi O Raanan | on behalf of Creditor Gang "Patrick" Chen uraanan@danninggill.com |
| Wayne A. Silver | on behalf of Interested Party Kenneth Y. Kai w_silver@sbcglobal.net  ws@waynesilverlaw.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):** | Case No.: 22−50339 SLJ 13 |
| | Chapter: 13 |
| Michael Haroutun Miroyan | |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on September 6, 2022 was filed on September 12, 2022. The following deadlines apply:

The parties have until Monday, September 19, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, October 3, 2022.

If a request for redaction is filed, the redacted transcript is due Thursday, October 13, 2022.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, December 12, 2022, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Susan Palmer
8105 Mariners Dr
No. 1005
Stockton, CA 95219−4554

or you may view the document at the clerk's office public terminal.

Dated: 9/14/22                    For the Court:

                                 Edward J. Emmons
                                 Clerk of Court
                                 United States Bankruptcy Court