| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Miroyan in pro per<br>Box 3181<br>Saratoga, CA 95070<br>ph: 408-913-3123<br>E: mac8881@me.com<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | **FILED**<br>SEP 21 2022<br>U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

## Northern ~~Central~~ UNITED STATES BANKRUPTCY COURT DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re: Michael Haroutun Miroyan<br><br>Debtor(s). | CASE NO.: 22-50339<br>ADVERSARY NO.: (if applicable)<br>CHAPTER: **Select Chapter** 13 |
|---|---|
| vs. Plaintiff(s) (if applicable).<br>Gang Chen<br><br>Defendant(s) (if applicable). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Michael Miroyan

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☒ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: the denial of the debtors Recusal motion of Judge Johnson - who denied it himself AND who cancelled the courtdate of debtor

2. The date the judgment, order, or decree was entered: 9-1-22

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Gang Chen
   Attorney: Uzzi Raanan
   1901 Ave. of the Stars #450
   LA, CA. 90067-6006
   ph. 310-277-0077

2. Party:
   Attorney:

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____[signature]_____   Date: 9/21/22
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2570 Senter Rd San Jose, CA. 95111

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

☑ 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/21/22, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gang Chen
Atty Raanan

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/21/22 | FRANK T McKinney II | /s/ Frank McKinney |
|---|---|---|
| Date | Printed Name | Signature |

# BANKRUPTCY COURT

RECEIVED
US BANKRUPTCY COURT
2022 SEP 21 P 4: 53
280 SOUTH FIRST ST

RECEIVED
US BANKRUPTCY COURT
2022 SEP 21 P 4:
280 SOUTH FIRST S

RECEIVED
SEP 22 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Michael Miroyan

Case #: 22-50339

2 Appeals Notices w/ Proof of Service
AND 2 Money orders in Amount of $298 each

Case: 22-50339    Doc# 62-1    Filed: 09/21/22    Entered: 09/22/22 14:33:52    Page 4 of 4