Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: Michael Haroutun Miroyan | Case No.: 22−50339 SLJ 13 |
| --- | --- |
| Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 10/7/22 dismissing the above−captioned case effective 10/7/22.

Dated: <u>10/7/22</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 82