# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−5 | User: admin | | Date Created: 10/7/2022 |
| Case: 22−50339 | Form ID: DOC | | Total: 44 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      Gang "Patrick" Chen

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
tr      Devin Derham−Burk      ctdocs@ch13sj.com
aty      Devin L. Pace      ctdocs@ch13sj.com
aty      Fanny Zhang Wan      fwan@raslg.com
aty      Theron S. Covey      tcovey@raslg.com
aty      Uzzi O Raanan      uraanan@danninggill.com
aty      Wayne A. Silver      w_silver@sbcglobal.net

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Michael Haroutun Miroyan      PO Box 3181      Saratoga, CA 95070−1181
reqntc      HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005−3      c/o Robertson, Anschutz,      Schneid & Crane LLP      350 10th Ave., Ste. 1000      San Diego, CA 92101
reqntc      Ally Financial, c/o AIS Portfolio Services, LP      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
intp      Tae K. Kai      c/o Law Office of Wayne A. Silver      643 Bair Island Road      Suite 403      Redwood City, CA 94063
intp      Kenneth Y. Kai      c/o Law Office of Wayne A. Silver      643 Bair Island Road      Suite 403      Redwood City, CA 94063
cr      LVNV Funding, LLC c/o Resurgent Capital Services      PO Box 10587      Greenville,, SC 29603−0587
smg      State Board of Equalization      Attn: Special Procedures Section, MIC:55      P.O. Box 942879      Sacramento, CA 94279
smg      CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280−0001
smg      CA Franchise Tax Board      Attn: Special Procedures      P.O. Box 2952      Sacramento, CA 95812−2952
smg      IRS      P.O. Box 7346      Philadelphia, PA 19101−7346
15389572      Andrew Kennedy      Schlueter, Kwiat & Kennedy LLLP      75−167 Kalani St., Ste 201      Kailua Kona, HI 96740
15399555      Bank of America, N.A.      PO Box 673033      Dallas, TX 75267−3033
15402196      California Business Bureau Inc      1711 S. Mountain Ave      Monrovia, CA 91016
15389573      California Business Bureau, Inc.      Attn: Bankruptcy      Po Box 5010      Monrovia, CA 91017
15389574      Capital One      Attn: Bankruptcy      P.O. Box 30285      Salt Lake City, UT 84130
15397302      Citizens Bank N.A.      One Citizens Bank Way Mailstop: JCA115      Johnston, RI 02919
15418598      County of Hawaii Real Property Tax Division      25 Aupuni Street      Hilo, HI 96720
15389575      Cws/cw Nexus      Attn: Card Services      Po Box 9201      Old Bethpage, NY 11804
15399394      Cybrcollect      3 Easton Oval Ste 210      Columbus, OH 43219
15407572      FRANCHISE TAX BOARD      BANKRUPTCY SECTION MS A340      PO BOX 2952      SACRAMENTO CA 95812−2952
15399391      Franchise Tax Board      Bankruptcy Section MS: A−340      PO Box 2952      Sacramento, CA 95812−2952
15389576      Gang Chen      12231 Via Roncole      Saratoga, CA 95070
15389577      HSBC      100 Mittel Dr., Bldg 1      Wood Dale, IL 60191
15399392      Hawaii County Tax      Hilo Office − Aupuni Center      101 Pauahi St., Ste 4      Hilo, HI 96720
15399393      IRS      P.O. Box 7346      Philadelphia, PA 19101
15418324      Kai Family 1998 Trust Dated October 5, 1998      c/o Wayne A. Silver      643 Bair Island Rd., Ste. 403      Redwood City, CA 94063
15389578      Kai Family Trust      c/o Michael Carroll, Esq.      700 Bishop Street, Suite 900      Honolulu, HI 96813
15398230      LVNV Funding, LLC      Resurgent Capital Services      PO Box 10587      Greenville, SC 29603−0587
15389579      Matthew C. Shannon, Esq.      Bays Lung Rose & Voss      Topa Financial Center      700 Bishop Street, Suite 900      Honolulu, HI 96813
15389580      Ocwen Loan Servicing      1661 Worthington Rd., Ste 100      West Palm Beach, FL 33409
15407555      PHH Mortgage Corporation      Attn: Bankruptcy Department      PO Box 24605      West Palm Beach, FL 33416−4605
15398231      Pinnacle Credit Services, LLC      Resurgent Capital Services      PO Box 10587      Greenville, SC 29603−0587
15389581      Real Property Tax Division      Aupuni Center      101 Pauahi Street, Ste 4      Hilo, HI 96720
15399395      Resurgent Capital Services      PO Box 10587      Greenville, SC 29603
15399396      The Best Service Company      6700 South Centinela Ave Fl. 3      Culver City, CA 90230
15389582      Verizon Wireless      Attn: Bankruptcy      500 Technology Dr, Ste 599      Weldon Springs, MO 63304

TOTAL: 36