# Notice Recipients

District/Off: 0971–5　　　User: admin　　　Date Created: 10/7/2022
Case: 22–50339　　　Form ID: pdfeoc　　　Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Michael Haroutun Miroyan　　PO Box 3181　　Saratoga, CA 95070–1181

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1