Form NFPA

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: Michael Haroutun Miroyan | Case No.: 22−50339 SLJ 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

## NOTICE OF FAILURE TO PERFECT APPEAL

According to Court records **Michael Haroutun Miroyan**, an Appellant or Cross−Appellant in the above−captioned bankruptcy case has not filed the following documents in accordance with Federal Rule of Bankruptcy Procedure 8009(a) and (b):

- ☒ Designation of Items for the appeal record
- ☒ Statement of Issues on appeal
- ☒ Transcript Request Order or a Certification no transcript(s) will be ordered
- ☐ Other:

If within seven (7) days of the date stated below the Appellant or Cross−Appellant noted above does not file the document(s) indicated above, in accordance with Bankruptcy Local Rule 8009−1(b), *a Notice of Unperfected Appeal* will be sent to the District Court, and the presiding bankruptcy judge may recommend dismissal of the appeal.

Edward J. Emmons, Clerk
United States Bankruptcy Court

Date: 10/14/22

By: Nash Singh
Deputy Clerk