Fill in this information to identify the case:

Debtor 1    Michael Haroutun Miroyan

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the NORTHERN District of CALIFORNIA

Case number 22-50339

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-3

Court claim no. (if known): 9-1

Last 4 digits of any number you use to identify the debtor's account: 7873

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

■ No
☐ Yes. Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | Description | Date Incurred | | Amount |
|----|---|---|---|---|
| 1  | Late Charges | | (1) | $0.00 |
| 2  | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3  | Attorneys fees | | (3) | $0.00 |
| 4  | Filing fee and court costs | | (4) | $0.00 |
| 5  | Bankruptcy/Proof of claim fees: Proof of Claim | 06/17/2022 | (5) | $700.00 |
| 6  | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7  | Property inspection fees | | (7) | $0.00 |
| 8  | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9  | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 05/09/2022 | (11) | $250.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Michael Haroutun Miroyan | | | Case number (if known) 22-50339 |
| --- | --- | --- | --- | --- |
| | Print Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Theron S. Covey
Signature

Date September 6, 2022

Print: Theron S. Covey, Esq.
First Name | Middle Name | Last Name

Title: Authorized Agent

Company: Robertson, Anschutz, Schneid & Crane LLP

Address: 350 10th Avenue, Suite 1000
Number | Street

San Diego, CA 92101
City | State | ZIP Code

Contact Phone: 470-321-7112

Email: tcovey@raslg.com

Official Form 410S2   Notice of Postpetition Mortgage Fees, Expenses, and Charges   page 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___September 7, 2022___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Michael Haroutun Miroyan
PO Box 3181
Saratoga, CA 95070-1181

And via electronic mail to:

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

By: /s/ Songyul Alkhazova



6409 Congress Avenue, Suite 100  
Boca Raton, FL 33487  
Telephone: Florida Office (561) 241-6901  

Fed ID: 

**Invoice No.**


**Invoice to:**  
PHH Mortgage (Ocwen)  
Attn: PHH Mortgage (Ocwen)  
1 Mortgage Way  
Mail Stop SCEP  

Mount Laurel      NJ    08054

| | |
|---|---|
| **Client Code:** | |
| Invoice Date: | 05/10/2022 |
| File Number: | 18-240552 |
| Fed Type: | Conventional |
| W/O Number: | HI |
| Loan Number: | Miroyan, Michael |
| Property: | 62-2280 Kanehoa St #1 |

Reason for Billing:

| Fullfilment Date | Service Code | Fee/Cost Description | Recoverability | Fee/Cost | Total |
|---|---|---|---|---|---|
| BK Recoverable 05/09/2022 | BK-4102 | Bankruptcy Plan Review - BK WIP NEW- Initial Plan Review (Non PA-OH). Please note that no documents are filed with BK court for Plan Review. | | Fee 250.00 | |

*The fees and costs in this invoice are recoverable against the investor. The recoverability against the borrower is subject to applicable law, and in Chapter 13 cases the specific facts and circumstances of the case, including in certain instances the filing of a Post-Petition Fee Notice pursuant to Rule 3002.1.*

Processors:  
Nicolas Raia  
Nicolas Raia

**Total Due Upon Receipt:**    250.00



**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
LAW OFFICES

6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: Florida Office (561) 241-6901

Fed ID: ███

**Invoice No.** ███

**Invoice to:**
PHH Mortgage (Ocwen)
Attn: PHH Mortgage (Ocwen)
1 Mortgage Way
Mail Stop SCEP
Mount Laurel    NJ   08054

Reason for Billing:

**Client Code:** ███
Invoice Date:   06/20/2022
File Number:    18-240552
Fed Type:       Conventional
W/O Number:     HI
Loan Number:    ███ Miroyan, Michael
Property:       62-2280 Kanehoa St
                #1

| Fullfilment Date | Service Code | Fee/Cost Description | Recoverability | Fee/Cost | Total |
|---|---|---|---|---|---|
| 06/17/2022 | BK-4146.8 | Bankruptcy Proof of Claim - Part 5 (410A) (non-recoverable) | BK Non-Recoverable | Fee 250.00 | |
| 06/17/2022 | BK-4108 | Bankruptcy Proof of Claim | BK Recoverable | Fee 700.00 | |

*The fees and costs in this invoice are recoverable against the investor. The recoverability against the borrower is subject to applicable law, and in Chapter 13 cases the specific facts and circumstances of the case, including in certain instances the filing of a Post-Petition Fee Notice pursuant to Rule 3002.1.*

Processors:
Nicolas Raia
Nicolas Raia

**Total Due Upon Receipt:**  950.00