Debtor 1    Michael Haroutun Miroyan

Debtor 2    _____

(Spouse, if filing)

United States Bankruptcy Court for the NORTHERN District of CALIFORNIA

Case number 22-50339

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-3    **Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 7873

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

■ Yes. Date of the last notice: 09/07/2022

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow): Insurance | 05/06/2022; 06/02/2022; 07/05/2022; 08/03/2022 | (9) | $2187.36 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2:**     **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/ Theron S. Covey</u>            Date <u>10/7/2022</u>
    Signature

Print     <u>Theron S. Covey, ESQ.</u>          Title   <u>Authorized Agent</u>
        First Name        Middle Name    Last Name

Company   <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address     <u>10700 Abbott's Bridge Rd, Suite 170</u>
        Number       Street

        <u>Duluth, GA 30097</u>
        City              State    ZIP Code

Contact Phone  <u>470-321-7112</u>           Email <u>tcovey@raslg.com</u>

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on October 7, 2022 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Michael Haroutun Miroyan
PO Box 3181
Saratoga, CA 95070-1181

And via electronic mail to:

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

By: /s/Songyul Alkhazova

INSURANCE PROCESSING
CENTER
P O BOX 5954
SPRINGFIELD, OH  45501-5954

MICHAEL MIROYAN
PO BOX 3181
SARATOGA, CA  95070

Re: ██████████



P O BOX 5954, SPRINGFIELD, OH  45501-5954

Tel:  1-888-882-1855
Fax: 1-937-525-4210

May 12, 2022

MICHAEL MIROYAN
PO BOX 3181
SARATOGA, CA  95070

SUBJECT:  Account Number:  ████████
Hazard Insurance Expiration Date:  05/01/2023
Property Address: 62 -2280 KANEHOA ST
1
KAMUELA, HI  96743

Dear Customer:

**Why We Are Sending This Letter?**

Enclosed is a policy that renews the lender-placed insurance policy on the account. We originally placed this policy on your property because acceptable proof of coverage was not provided. The annual premium to renew is shown on the policy. This premium will be charged to the escrow account.

Under the terms of the mortgage documents, adequate insurance is required to be maintained on the property at all times. Failure to do so is a breach of the agreements of the mortgage. We obtained this policy because we did not receive proof that there was a sufficient insurance policy on the property. We have taken this action to protect our mutual interests in the property.

**What Needs To Be Done?**

Any lender-placed policy we have obtained may be cancelled at any time by providing us proof of sufficient insurance coverage. If you are able to provide proof of alternate, sufficient coverage, charges for the lender-placed coverage will be limited to the time periods for which you cannot provide proof of coverage. Any unused premium amounts will be refunded to the escrow account. If your account was previously non-escrow and you would like your account to go back to non-escrow, contact customer care and they can assist with de-escrowing your account. **We strongly urge you to contact an agent or company of your choice to purchase coverage.** Please send the policy to the address shown below, or fax a copy of the policy to 1-937-525-4210. You may also update your hazard coverage directly to our web site at www.MyCoverageInfo.com/mortgagefamily or send via email to MortgageFamily@MyCoverageinfo.com.

PHH MORTGAGE SERVICES
ITS SUCCESSORS AND/OR ASSIGNS
AS THEIR INTEREST MAY APPEAR
P O BOX 5954
SPRINGFIELD, OH  45501-5954

*Log in to MortgageQuestions.com --- your servicing website connection.*

**What We Will Do?**

The lender-placed coverage may not provide as much coverage as insurance you may be able to purchase directly and may cost significantly more than insurance you may purchase directly because our carrier has issued this coverage without the benefit of normal underwriting guidelines. Please read the policy carefully to make sure you understand its terms and conditions. If you have information to verify that the amount of coverage should be different, please notify us in writing and include the account number on your letter.

This lender-placed policy insures your house structure only. It does not protect your personal property nor does it protect you from liability against accidents that occur on your property. For example, if your house were burglarized, it would not cover the stolen property.

Thank you for taking the time to help us resolve this matter. We appreciate the opportunity to serve you and look forward to meeting your mortgage needs. If you have any questions regarding this matter, please call us at 1-888-882-1855 Monday through Friday between 8:00 a.m. and 9:00 p.m. Eastern Time, and on Saturday between 8:00 a.m. and 5:00 p.m. Eastern Time, and our Customer Service Representatives will be happy to help you.

Sincerely,

Loan Servicing

*If your insurance is not currently paid from an escrow account, and you are unable to pay your insurance premium in full, please call us as soon as possible to see if we can establish an escrow account to pay the insurance premium. If you choose this option and are eligible for escrow, we would establish a monthly escrow for the payment of future insurance premiums as well as any amounts already advanced. We will need the contact information for your insurance agent or company as well as the amount of the premium currently due. It is important that you call us immediately if you need our assistance. We cannot pay the insurance premium for coverage you obtain without your cooperation.*

**IMPORTANT MESSAGE**

Please note that the coverage under the Lender Placed Policy referenced in this letter will be cancelled as of the payoff date of the account. If you retain ownership in the property after payoff, we strongly advise you to obtain your own insurance policy to avoid any lapse in coverage as a result of this cancellation.

Any applicable refund will be deposited into the escrow account and the net proceeds will be sent to the last mailing address on record.

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

# DECLARATIONS

## STANDARD GUARANTY INSURANCE COMPANY
PO BOX 50355, ATLANTA, GA 30302
A Stock Insurance Company

**CERTIFICATE NUMBER:** ███████████

| CERTIFICATE PERIOD: | | | Issued under the provisions of Master Policy No.: |
|---|---|---|---|
| EFFECTIVE DATE | EFFECTIVE TIME | EXPIRATION DATE | |
| 05/01/2022 | 12:01 am | 05/01/2023 | ██████████ |

**NAMED INSURED** and Mailing Address:

PHH MORTGAGE SERVICES
ITS SUCCESSORS AND/OR ASSIGNS
AS THEIR INTEREST MAY APPEAR
P O BOX 5954
SPRINGFIELD, OH 45501-5954

*For Company Use:*
*Basis:*
*Territory:* 0001
*Class:*
*Other:* ████████

**DESCRIBED LOCATION.** The property covered by this Certificate is at the described location unless otherwise stated:

62 -2280 KANEHOA ST
1
KAMUELA, HI 96743

**COVERAGE AND LIMITS OF LIABILITY** – Coverage is provided only where a premium is shown for the coverage, subject to all conditions of this Certificate.

**RESIDENTIAL PROPERTY:**

| LIMIT OF LIABILITY | DEDUCTIBLES | PREMIUM |
|---|---|---|
| Coverage A - $879,960 | Windstorm, Hail or Hurricane: 1% of the Limit of Liability or $2,500, whichever is greater. | $6,562.00 |
| Coverage B - 10% of Coverage A | | |
| | All Other Perils: $2,500 | |
| | TOTAL PREMIUM | $6,562.00 |

**COMMERCIAL PROPERTY:**

| LIMIT OF LIABILITY | DEDUCTIBLES | PREMIUM |
|---|---|---|
| Building - | Windstorm, Hail or Hurricane:     % of the Limit of Liability or , whichever is greater. | |
| | All Other Perils: | |
| | TOTAL PREMIUM | |

Optional Coverages, Assessments, Surcharges, Taxes, Fees (if applicable):

| | | |
|---|---|---|
| | TOTAL AMOUNT | $6,562.00 |

**FORMS AND ENDORSEMENTS** which are made a part of this Certificate at the time of issuance:

MIP 223 SG (01-12),MIP 233 (01-12),MIP 05 HI (01-12),MIP 243 HI (06-21),MIP 219 (02-20) MIP 239 (01-12)

**BORROWER** - Name and address:

MICHAEL MIROYAN
PO BOX 3181
SARATOGA, CA 95070

Loan No.: ███████

CLAIMS: 1-800-326-2845

Issue Date: 05/12/2022

ALL OTHER INQUIRIES:
1-888-882-1855

Countersignature (where required)

MIP 04 SG (01-12)

Page 1 of 1

MIP04SGR-0614

# STANDARD GUARANTY INSURANCE COMPANY

P.O. BOX 50355, ATLANTA, GA 30302
A Stock Insurance Company
Home Office: Wilmington, DE

## Residential Dwelling Certificate

**This Certificate only covers buildings and structures. Please read your Certificate and all endorsements carefully.**

THIS CERTIFICATE JACKET TOGETHER WITH THE DWELLING FORM AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS CERTIFICATE.

## QUICK REFERENCE

| | Beginning On Page | | | Beginning On Page |
|---|---|---|---|---|
| AGREEMENT | 1 | | CONDITIONS | |
| DEFINITIONS | 1 | | Certificate Period | 5 |
| COVERAGES | 1 | | Insurable Interests | 5 |
| OTHER COVERAGES | 1 | | Concealment or Fraud | 5 |
| Other Structures | 1 | | Your Duties After Loss | 5 |
| Debris Removal | 2 | | Loss Settlement | 6 |
| Reasonable Repairs | 2 | | Loss to a Pair or Set | 6 |
| Property Removed | 2 | | Glass Replacement | 6 |
| Collapse | 2 | | Appraisal | 6 |
| Glass or Safety Glazing Material | 2 | | Other Insurance | 6 |
| Ordinance or Law | 3 | | Subrogation | 6 |
| PERILS INSURED AGAINST | 3 | | Action Against Us | 7 |
| GENERAL EXCLUSIONS | 4 | | Loss Payment | 7 |
| Ordinance or Law | 4 | | Deductible | 7 |
| Earth Movement | 4 | | Abandonment of Property | 7 |
| Water Damage | 4 | | No Benefit to Bailee | 7 |
| Power Failure | 5 | | Cancellation | 7 |
| Neglect | 5 | | Non-Renewal | 7 |
| War | 5 | | Liberalization Clause | 7 |
| Nuclear Hazard | 5 | | Waiver or Change of Certificate Provisions | 8 |
| Intentional Loss | 5 | | Assignment | 8 |
| Weather conditions | 5 | | Nuclear Hazard Clause | 8 |
| Acts or decisions | 5 | | Salvage and Recoveries | 8 |
| Faulty, inadequate or defective | 5 | | Volcanic Eruption Period | 8 |
| | | | Premiums | 8 |

# READ YOUR CERTIFICATE CAREFULLY

Case: 22-50339     Doc#     Filed: 10/07/22     Entered: 10/07/22 10:21:40     Page 8 of 20

## AGREEMENT

**We** will provide the insurance described in this Certificate in return for the premium and compliance with all applicable provisions of this Certificate and the Declarations, which is attached to and forms a part of this Certificate.

## DEFINITIONS

In this Certificate, **you** and **your** refer to the financial institution shown as **named insured** in the Declarations. **We**, **us** and **our** refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. **Borrower** refers to the person or persons who have entered into a lien or mortgage agreement with the **named insured** for the property shown as the **described location** in the Declarations.
2. **Residential Property** means the **dwelling** and other structures covered by this Certificate and shown as the **described location** in the Declarations.
3. **Net Loan Balance** means and is limited to only the unpaid principal balance plus earned interest as of the date of loss.
4. **Actual Cash Value** means the cost of replacing the damaged or destroyed property with a comparable new property, minus depreciation and obsolescence.
5. **Described Location.** The legal description, or common street address, of real property which has been pledged under a valid deed of trust, mortgage document, or any other mortgage instrument as security for a loan made, assumed or serviced by an insured and upon which a building is situated.
6. **Dwelling.** A building designed for use as a residence for no more than four families or a **mobile home.**
7. **Mobile Home** means:
   a. A building which satisfies the National Mobile Homes Construction and Safety Standards, as presently existing or hereafter amended, or the American Society of Civil Engineers Standard ANSI/ASCE 7-88.
   b. A manufactured home is a structure built on a permanent chassis, transported to its site in one or more sections and affixed to a permanent foundation.

## COVERAGES

This insurance applies to the **described location**, coverages for which a Limit of Liability is shown and Perils Insured Against for which a premium is stated.

## COVERAGE A – Dwelling

1. **Property Covered**
   **We** cover
   a. The 1-4 family **dwelling** on the **described location** shown in the Declarations, used principally for **dwelling** purposes, including structures attached to the **dwelling;**
   b. Materials and supplies located on or next to the **described location** used to construct, alter or repair the **dwelling** or other structures on the **described location;** and
   c. If not otherwise covered in this Certificate, building equipment and outdoor equipment used for the service of and located on the **described location.**
2. **Property Not Covered**
   a. Personal property of any kind.
   b. Outdoor trees, shrubs, plants and lawns.
   c. Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks, roadway; and other paved surfaces.
   d. Cost of excavations, grading or filling.
   e. Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.
   f. Pilings, piers, pipes, flues and drains which are underground.
   g. Pilings which are below the low water mark.
   h. Land, including land on which the **residential property** is located.

## COVERAGE B – Other Structures

**We** cover other structures on the **described location,** set apart from the **dwelling** by clear space. This includes structures connected to the **dwelling** by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

**We** do not cover other structures used in whole or in part for commercial, manufacturing or farming purposes.

## OTHER COVERAGES

1. **Other Structures. You** may use up to 10% of the Coverage A Limit of Liability for loss by a Peril Insured Against to other structures described in Coverage B.

Includes copyrighted material of Insurance Services Office with its permission

Use of this coverage does not reduce the Coverage A Limit of Liability for the same loss.

2. **Debris Removal. We** will pay up to 10% of the Coverage A Limit of Liability for your reasonable expense for the removal of:
   **a.** Debris of covered property if a Peril Insured Against causes the loss; or
   **b.** Ash, dust or particles from a volcanic eruption that has caused direct loss to a **dwelling.**
   Use of this coverage does not reduce the Coverage A Limit of Liability for the same loss.

3. **Reasonable Repairs.**
   **a.** In the event that covered property is damaged by a Peril Insured Against, **we** will pay the reasonable cost incurred by **you** for necessary measures taken solely to protect against further damage.
   **b.** If the measures taken involve repair to other damaged property, **we** will pay for those measures only if that property is covered under this Certificate and the damage to that property is caused by a Peril Insured Against. This coverage does not:
      **(1)** Increase the Coverage A Limit of Liability that applies to the covered property;
      **(2)** Relieve **you** of **your** duties, in case of a loss to covered property, as set forth in Condition 4.b.

4. **Property Removed.**
   **We** insure covered property against direct loss from any cause while being removed from a **described location** endangered by a Peril Insured Against and for no more than 30 days while removed.
   This coverage does not change the Limit of Liability that applies to the property being removed.

5. **Collapse.**
   **a.** With respect to this Other Coverage:
      **(1)** Collapse means an abrupt falling down or caving in of a **residential property** or any part of a **residential property** with the result that the **residential property** or part of the **residential property** cannot be occupied for its current intended purpose.
      **(2)** A **residential property** or any part of a **residential property** that is in danger of falling down or caving in is not considered to be in a state of collapse.
      **(3)** A part of a **residential property** that is standing is not considered to be in a state of collapse even if it has separated from another part of the **residential property.**
      **(4)** A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of

cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

   **b.** **We** insure for risk of direct physical loss to covered property involving collapse of a **residential property** or any part of a **residential property** caused only by one or more of the following:
      **(1)** Perils Insured Against. These perils apply to covered **residential property** for loss insured by this Other Coverage;
         **(a)** Fire or Lightning
         **(b)** Windstorm or Hail
         **(c)** Explosion
         **(d)** Riot or Civil Commotion
         **(e)** Aircraft
         **(f)** Vehicles
         **(g)** Smoke
         **(h)** Vandalism or Malicious Mischief
         **(i)** Damage by Burglars
         **(j)** Falling Objects
         **(k)** Weight of Ice, Snow or Sleet
         **(l)** Accidental Discharge or Overflow of Water or Steam
         **(m)** Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging
         **(n)** Freezing
         **(o)** Sudden and Accidental Damage From Artificially Generated Electrical Current
         **(p)** Volcanic Eruption
      **(2)** Hidden decay;
      **(3)** Hidden insect or vermin damage;
      **(4)** Weight of contents, equipment, animals or people;
      **(5)** Weight of rain which collects on a roof;
      **(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.
   **c.** Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items **b.(2)** through **(6)** above unless the loss is a direct result of the collapse of a **residential property** or any part of a **residential property.**
   **d.** This coverage does not increase the Coverage A Limit of Liability that applies to the damaged covered property.

6. **Glass or Safety Glazing Material.**
   **a.** **We** cover:
      **(1)** The breakage of glass or safety glazing material which is part of a covered **residential property,** storm door or storm window;

Includes copyrighted material of Insurance Services Office with its permission

(2) The breakage of glass or safety glazing material which is part of a covered **residential property,** storm door or storm window when caused directly by earth movement; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a **residential property,** storm door or storm window.

**b.** This coverage does not include loss to covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above.

**c.** This coverage does not increase the Coverage A Limit of Liability that applies to the damaged property.

**7. Ordinance Or Law.**

**a.** The Ordinance Or Law Limit of Liability determined in **b.** below will apply with respect to the increased costs due to the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered **residential property** damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered **residential property,** when that **residential property** must be totally demolished because of damage by a Peril Insured Against to another part of that covered **residential property;** or

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered **residential property** necessary to complete the remodeling, repair or replacement of that part of the covered **residential property** damaged by a Peril Insured Against.

**b.** If **you** are an owner of a **described location**, and that location is insured for Coverage A, **you** may use up to 10% of the Limit of Liability that applies to Coverage A at each **described location.** This limit includes any resulting debris removal expense.

**c.** **We** do not cover:

(1) The loss in value to any covered **residential property** due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires **you** or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way

respond to, or assess the effects of, **pollutants** in or on any covered **residential property.**

**Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

# PERILS INSURED AGAINST

**COVERAGE A - DWELLING and**
**COVERAGE B - OTHER STRUCTURES**

**We** insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property; however, **we** do not insure loss:

1. Excluded under **General Exclusions;**
2. Involving collapse, other than as provided in **Other Coverages 5;**
3. Caused by:

**a.** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a

(1) Fence, pavement, patio or swimming pool;

(2) Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building or other structure;

(3) Retaining wall or bulkhead that does not support all or part of a building or other structure; or

(4) Pier, wharf or dock;

**b.** Theft of property not part of a covered **residential property** or structure;

**c.** Theft in or to a **dwelling** or structure under construction;

**d.** Wind, hail, ice, snow or sleet to:

(1) Outdoor radio and television antennas and aerials including their lead-in wiring, masts or towers; or

(2) Trees, shrubs, plants or lawns;

**e.** Constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance;

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

Includes copyrighted material of Insurance Services Office with its permission

**f.** Any of the following:
   **(1)** Wear and tear, marring, deterioration;
   **(2)** Inherent vice, latent defect, mechanical breakdown;
   **(3)** Smog, rust or other corrosion, fungi, mold, wet or dry rot.
   Fungi means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi;
   **(4)** Smoke from agricultural smudging or industrial operations;
   **(5)** Discharge, dispersal, seepage, migration release or escape of **pollutants**.
   **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;
   **(6)** Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings; or
   **(7)** Birds, vermin, rodents, insects or domestic animals.

If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, **we** cover loss caused by the water including the cost of tearing out and replacing any part of a **residential property** necessary to repair the system or appliance. **We** do not cover loss to the system or appliance from which this water escaped.
For the purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or roof drain, gutter, downspout or similar fixtures or equipment.

**General Exclusion 1.c. Water Damage,** Paragraphs **(1)** and **(3)** that apply to surface water and water below the surface of ground do not apply to loss by water covered under **3.f.** above.

Under items 1. and 2., any ensuing loss to property described in Coverages A and B not excluded or excepted in this Certificate is covered.

# GENERAL EXCLUSIONS

**1. We** do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event

contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.
   **a. Ordinance or Law.**
   Ordinance or Law means any ordinance or law:
   **(1)** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This exclusion **1.a.(1)** does not apply to the Limit of Liability that may be provided under **Other Coverage 7. Ordinance or Law:**
   **(2)** The requirements of which result in a loss in value to property; or
   **(3)** Requiring **you** or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**.
   **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion **1.a.** applies whether or not the property has been physically damaged.
   **b. Earth Movement.**
   Earth Movement means:
   **(1)** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;
   **(2)** Landslide, mudslide or mudflow;
   **(3)** Subsidence or sinkhole; or
   **(4)** Any other earth movement including earth sinking, rising or shifting;
   caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.
   **c. Water Damage,** meaning:
   **(1)** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;
   **(2)** Water or water-borne material which backs up through sewers or drains  or which overflows from a sump, sump pump or related equipment; or
   **(3)** Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a **residential property,** sidewalk,

Includes copyrighted material of Insurance Services Office with its permission

Case: 22-50339 Doc# Filed: 10/07/22 Entered: 10/07/22 10:21:40 Page 12 of 20

driveway, foundation, swimming pool or other structure;

Caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire or explosion resulting from water damage is covered.

**d. Power Failure,** meaning the failure of power or other utility service if the failure takes place off the **described location.** But, if a Peril Insured Against ensues on the **described location, we** will pay only for that ensuing loss.

**e. Neglect,** meaning **your** neglect to use all reasonable means to save and preserve property at and after the time of a loss.

**f. War,** including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**g. Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of the Conditions.

**h. Intentional Loss,** meaning any loss arising out of any act committed:
  **(1)** By **you** or at **your** direction; and
  **(2)** With the intent to cause a loss.

**2. We** do not insure for loss to property described in Coverages A and B caused by any of the following However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this Certificate is covered.

**a. Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;

**b. Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

**c. Faulty, inadequate or defective;**
  **(1)** Planning, zoning, development, surveying, siting;
  **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
  **(3)** Materials used in repair, construction, renovation or remodeling; or
  **(4)** Maintenance;
  of part or all of any property whether on or off the **described location.**

## CONDITIONS

**1. Certificate Period.** This Certificate applies only to loss which occurs during the Certificate period.

**2. Insurable Interest.** Even if more than one person has an insurable interest in the property covered, **we** will not be liable in any one loss:
**a.** For an amount greater than the interest of a person insured under this Certificate; or
**b.** For more than the applicable Limit of Liability as shown in the Declarations.

If the **described location** is vacant and the mortgage on the property has been declared in default by the mortgagee at the time of a loss, **we** shall pay no more than the **named insured's** interest in the property at the time of loss unless the **borrower** participates in the claim.

The **named insured's** interest is represented by the **borrower's net loan balance.**

**3. Concealment or Fraud. We** provide coverage to no persons insured under this Certificate if, whether before or after a loss, one or more persons insured under this Certificate have:
**a.** Intentionally concealed or misrepresented any material fact or circumstance
**b.** Engaged in fraudulent conduct; or
**c.** Made false statements;
relating to this insurance.

**4. Your Duties After Loss.** In case of a loss to covered property, **you** must see that the following are done:
**a.** Give prompt notice to **us** or **our** agent;
**b. (1)** Protect the property from further damage;
  **(2)** Make reasonable and necessary repairs to protect the property; and
  **(3)** Keep an accurate record of repair expenses;
**c.** Cooperate with **us** or **our** representative in the investigation of a claim;
**d.** As often as **we** reasonably require:
  **(1)** Show the damaged property;
  **(2)** Provide **us** with records and documents **we** request and permit **us** to make copies; and
  **(3)** Submit to examination under oath, while not in the presence of any other **named insured,** and sign the same;
**e.** Send to **us,** within 60 days after **our** request, **your** signed, sworn proof of loss which sets forth, to the best of **your** knowledge and belief:
  **(1)** The time and cause of loss;
  **(2) Your** interest and that of all others in the property involved and all liens on the property;
  **(3)** Other insurance which may cover the loss;
  **(4)** Changes in title or occupancy of the property during the term of the Certificate;
  **(5)** Specifications of damaged **residential property** and detailed repair estimates.

**5. Loss Settlement.**
In this Condition **5.**, the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law except to the extent that coverage for these increased costs is provided in **Other Coverage 7. Ordinance Or Law.** Covered property losses are settled as follows:

**a.** Property of the following types:

**(1)** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

**(2)** Structures that are not buildings;

at **actual cash value** at the time of loss but not more than the amount required to repair or replace.

**b.** Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

**We** will pay the cost to repair or replace, after application of any deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(1)** The Limit of Liability under this Certificate that applies to the **residential property;**

**(2)** The replacement cost of that part of the **residential property** damaged with material of like kind and quality and for like use;

**(3)** The necessary amount actually spent to repair or replace the damaged **residential property;** or

**(4)** The **net loan balance** at the time of loss.

If the **residential property** is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the **residential property** had been built at the original premises.

**c.** **We** will pay no more than the **actual cash value** of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, **we** will settle the loss as noted in **b.** above.

However, if the cost to repair or replace the damage is both:

**(1)** Less than 5% of the Limit of Liability in this Certificate on the **residential property;** and

**(2)** Less than $2,500;

**we** will settle the loss as noted in **b.** above whether or not actual repair or replacement is complete.

**d.** **You** may disregard the replacement cost loss settlement provisions and make claim under this Certificate for loss to **residential property**

on **actual cash value** basis. **You** may then make claim for any additional liability according to the provisions of this **Condition 5.** Loss Settlement, provided **you** notify **us** of **your** intent to do so within 180 days after the date of loss.

**6. Loss To A Pair Or Set.**
In case of loss to a pair of set **we** may elect to:

**a.** Repair or replace any part to restore the pair or set to its value before the loss; or

**b.** Pay the difference between **actual cash value** of the property before and after the loss.

**7. Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

**8. Appraisal.** If **you** and **we** fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, **you** or **we** may request that the choice be made by a judge of a court of record in the state where the **described location** is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to **us,** the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**a.** Pay its own appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

**9. Other Insurance.** If **we** have issued a Certificate of insurance because **you** have not received evidence of other acceptable insurance from the **borrower** and **you** subsequently receive such evidence, **you** shall immediately notify **us** and request coverage to be terminated on the **described location.** Coverage on any **described location** provided under this Certificate will be terminated on the effective date of other acceptable insurance.

If there is any other valid or collectible insurance which would attach if the insurance under this Certificate had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.

**10. Subrogation** (Our Rights of Recovery). In the event of any claim under this Certificate, **we** are entitled to all **your** rights of recovery against another person. **You** must sign and deliver to **us** any legal

Includes copyrighted material of Insurance Services Office with its permission

Case: 22-50339     Doc#       Filed: 10/07/22     Entered: 10/07/22 10:21:40     Page 14 of 20

papers relating to that recovery, do whatever else is necessary to help **us** exercise those rights and do nothing after loss to prejudice **our** rights.

When **you** have made a claim under this Certificate and also recover from another person, the amount recovered from the other person shall be held by **you** in trust for **us** and reimbursed to **us** to the extent of any damages paid by **us** under this Certificate.

11. **Action Against Us.** No action can be brought unless the Certificate provisions have been complied with and the action is started within one year after the date of loss.

12. **Loss Payment. We** will adjust all losses with the **named insured.** Loss will be made payable to the **named insured.** No coverage will be available to any mortgagee other than that shown as the **named insured** on the Declarations. Loss will be payable 30 days after **we** receive proof of loss and:
   **a.** Reach an agreement with the **named insured;**
   **b.** There is an entry of a final judgment; or
   **c.** There is a filing of an appraisal award with **us.**

13. **Deductible. We** will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the deductible shown on the Declarations. **We** will then pay the amount of loss or damage in excess of the deductible, up to the applicable Loss Settlement limit.

14. **Abandonment of Property. We** need not accept any property abandoned by **you.**

15. **No Benefit to Bailee. We** will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this Certificate.

16. **Cancellation.**
   **a.** The **named insured** may cancel this Certificate at any time by returning it to **us** or by letting **us** know in writing of the date cancellation is to take effect.

   No cancellation may be effected more than thirty (30) days before the date such request is received by **us;** unless
   **(1)** There was other valid and collectible insurance coverage for the covered property, or
   **(2)** The **named insured** has obtained **our** prior approval.

   **b. We** may cancel this Certificate only for the reasons stated below by letting **you** know in writing of the date cancellation takes effect. This cancellation notice may be delivered to the **named insured,** or mailed to the **named insured** at the **named insured's** mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.
   **(1)** When the **named insured** has not paid the premium, **we** may cancel at any time by letting the **named insured** know at least 10 days before the date cancellation takes effect.
   **(2)** When this Certificate has been in effect for less than 60 days and is not a renewal with **us, we** may cancel for any reason by letting the **named insured** know at least 10 days before the date cancellation takes effect.
   **(3)** When this Certificate has been in effect for 60 days or more, or at any time if it is a renewal with **us, we** may cancel:
      **(a)** If there has been a material misrepresentation of fact which if known to us would have caused **us** not to issue the Certificate; or
      **(b)** If the risk has changed substantially since the Certificate was issued.
      This can be done by letting the **named insured** know at least 30 days before the date cancellation takes effect.
   **(4)** When this Certificate is written for a period of more than one year, **we** may cancel for any reason at anniversary by letting the **named insured** know at least 30 days before the date cancellation takes effect.

   **c.** However, any individual Certificate shall automatically and immediately terminate, upon:
   **(1)** Payment in full of the obligation assumed under the mortgage agreement, except in cases where the **named insured** has specified otherwise; or
   **(2)** The effective date of other insurance obtained by the **borrower** which complies with the **named insured's** requirements.

   **d.** When this Certificate is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.
   **e.** If the return premium is not refunded with the notice of cancellation or when this Certificate is returned to **us, we** will refund it within a reasonable time after the date cancellation takes effect.

17. **Non-Renewal. We** may elect not to renew this Certificate. **We** may do so by delivering to the **named insured,** or mailing to the **named insured** at the **named insured's** mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this Certificate. Proof of mailing will be sufficient proof of notice.

18. **Liberalization Clause.** If **we** make a change which broadens coverage under this edition of **our**

Includes copyrighted material of Insurance Services Office with its permission

Certificate without additional premium charge, that change will automatically apply to **your** insurance as of the date **we** implement the change in **your** state, provided that this implementation date falls within 60 days prior to or during the Certificate period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of **our** Certificate.

19. **Waiver or Change of Certificate Provisions.** A waiver or change of a provision of this Certificate must be in writing by **us** to be valid. **Our** request for an appraisal or examination will not waive any of **our** rights. No course of conduct nor any indulgences, waivers, extensions forbearances, non-enforcement of Certificate conditions, or the like, extended at or over any time or from time to time by the Company to the **named insured** or anyone shall waive, nullify, or modify any Certificate provision as to any other occasion or waive, nullify, or modify any other Certificate provision.

20. **Assignment.** Assignment of this Certificate will not be valid unless **we** give **our** written consent.

21. **Nuclear Hazard Clause**
    a. **Nuclear Hazard** means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.
    b. Loss caused by the **nuclear hazard** will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.
    c. This Certificate does not apply to loss caused directly or indirectly by **nuclear hazard,** except that direct loss by fire resulting from the **nuclear hazard** is covered.

22. **Salvage and Recoveries.** When, in connection with any loss covered by this Certificate, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis of what it would have been settled for had the amount of salvage or recovery been known at the time the amount of loss was originally determined. Any amounts thus found to be due any party shall be promptly paid.

23. **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

24. **Premiums.** The **named insured** is authorized to advance all funds to be recovered from the **borrower** for the insurance afforded and to act for such **borrower** in all matters pertaining to this insurance including receipt of notice of cancellation, and return premium, if any.

*In Witness Whereof*, **we** have caused this Certificate to be signed by **our** President and Secretary, but it shall not be valid unless countersigned on the Declarations by **our** authorized representative (where required by state law).

SECRETARY

PRESIDENT

Includes copyrighted material of Insurance Services Office with its permission

**THIS ENDORSEMENT CHANGES THE CERTIFICATE.  PLEASE READ IT CAREFULLY.**

When loss occurs caused by the peril of **Windstorm**, **Hail or Hurricane**, the deductible will be the greater of 1% of the Limit of Liability or $2,500, per **described location.**

**Hurricane Occurrence:**

a. Begins at the time a hurricane watch or warning is issued for any part of Hawaii by the National Hurricane Center of the National Weather Service;

b. Continues for the time period during which the hurricane conditions exist anywhere in Hawaii; and

c. Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Hawaii by the National Hurricane Center of the National Weather Service.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

MIP 05 HI (01-12)                                Page 1 of 1                                MIP05HI-1112

## THIS ENDORSEMENT CHANGES THE CERTIFICATE. PLEASE READ IT CAREFULLY.

The following **DEFINITION** is added:

**8. Domestic Abuse** means:

**a.** Physical harm, bodily injury, assault, or the infliction of fear of imminent physical harm, bodily injury, or assault between family or household members;

**b.** Sexual assault of one family or household member by another;

**c.** Stalking of one family or household member by another family or household member; or

**d.** Intentionally, knowingly, or recklessly causing damage to property so as to intimidate or attempt to control the behavior of another household member; or

**e.** Coercive control, as defined in Haw. Rev. Stat. Ann. § 586-1, between family or household members.

## GENERAL EXCLUSIONS

Exclusion **1.h.** is deleted and replaced by the following:

**h. Intentional Loss.**

**(1) We** do not provide coverage for any loss arising out of any act the **named insured** or any person or organization named as an additional insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, neither the **named insured** nor any such person or organization is entitled to coverage, even those who did not commit or conspire to commit the act causing the loss.

**(2)** However, this exclusion will not apply to deny an insured's claim for an otherwise covered property loss if such loss is caused by an act of **domestic abuse** by another insured under the Certificate, and the insured making claim:

**(a)** Files a police report and cooperates with any law enforcement investigation relating to the act of **domestic abuse**; and

**(b)** Did not cooperate in or contribute to the creation of the loss.

**(3)** If **we** pay a claim pursuant to the above paragraph, **our** payment to the **named insured** is limited to that **named insured's** insurable interest in the property less any payments **we** first made to a mortgagee or other party with a legal secured interest in the property. In no event will **we** pay more than the limit of liability.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE CERTIFICATE.  PLEASE READ IT CAREFULLY.**

OTHER COVERAGES

The following item is added:

**8.  Inflation Protection**
The Limit of Liability for Coverage A shown on the Declarations will be adjusted at Certificate anniversary by the national residential average building cost trend factor published by CoreLogic.
The premium for this Certificate at the next anniversary date will be based on the Coverage A Limit of Liability determined on that date by the provisions of this coverage.
The Coverage A Limit of Liability will not be reduced during the current Certificate term below that for which premium was paid.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE CERTIFICATE.     PLEASE READ IT CAREFULLY.**

It is understood and agreed that throughout this Certificate **you** and **your** refer to the financial institution as **named insured** and the **borrower** shown in the Declarations.

**CONDITIONS**

**5.** **Loss Settlement**, paragraph **b.** is replaced by the following:

    **b.** Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

    **We** will pay the cost to repair or replace, after application of any deductible and without deduction for depreciation, but not more than the least of the following amounts:

    **(1)** The Limit of Liability under this Certificate that applies to the **residential property**;

    **(2)** The replacement cost of that part of the **residential property** damaged with material of like kind and quality and for like use; or

    **(3)** The necessary amount actually spent to repair or replace the damaged **residential property**.

**12.** **Loss Payment** is deleted and replaced by the following:

**12.** **Loss Payment.** **We** will adjust all losses with the **named insured.** Loss will be made payable to the **named insured** and the **borrower** as their interests appear, either by a single instrument or by separate instruments payable respectively to the **named insured** and the **borrower**, at **our** option.

No coverage will be available to any mortgagee other than that shown as the **named insured** on the Declarations. Loss will be payable 30 days after **we** receive proof of loss and:

**a.** Reach an agreement with the **named insured;**

**b.** There is an entry of a final judgment; or

**c.** There is a filing of an appraisal award with **us**.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Case: 22-50339     Doc#     Filed: 10/07/22     Entered: 10/07/22 10:21:40     Page 20 of 20